Amendment to Athenahealth Master Services Agreement

This Amendment to Athenahealth Master Services Agreement (the "Amendment") is entered into by and between athenahealth, Inc., a Delaware corporation with a place of business at 311 Arsenal Street, Watertown, MA 02472 ("Athena") and the Client set forth on the signature line below ("Client") (Athena and Client collectively referred to as the "Parties").

WHEREAS, Athena and Client are entering into or have entered into an Athenahealth Master Services Agreement (the "Agreement") and desire to amend the Agreement as set forth below;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the Parties agree as follows:

1. All defined terms used herein shall have the meanings assigned to them in the Agreement unless otherwise defined herein.

2. In Section 1 of the Agreement ("Defined Terms"), the definition of "Agreement" shall be deleted in its entirety and replaced with the following:

   "'Agreement' means this Master Services Agreement, Exhibit A to the Master Services Agreement, any Amendment to the Master Services Agreement entered into by the Parties from time to time, the Third Party Terms, each Proposal, the athenaCollector Service Description, the athenaClinicals Service Description, the athenaCommunicator Service Description, and the athenaCoordinator Core Service Description. To the extent that Client purchases additional athenaNet Services after the date hereof, the Service Description and Proposal associated with such new athenaNet Service shall be deemed incorporated herein by reference."

3. Section 2(b) of the Agreement is hereby deleted in its entirety and replaced with the following:

   "(b) Client will pay Athena the fees and expenses as set forth in each Proposal; provided, however, that if Client fails to make payment to Athena within seven (7) days of the invoice date, then ten (10) days after such due date, Athena shall have the right to impose a late charge of 1½% per month on all undisputed amounts overdue beyond 10 days, but this charge will not waive or extend any obligation of Client to make payments when due."

4. The first sentence of Section 3(a) of the Agreement is hereby deleted in its entirety and replaced with the following:

   "This Agreement will have an initial term of three (3) years from the Effective Date (the "Initial Term"), and at the end of the Initial Term and for each year thereafter, will be automatically extended for additional consecutive one (1) year terms unless either party notifies the other Party

1

no less than 90 days prior to the renewal date that it is terminating this Agreement at the end of the then current term."

5. Section 3(b) of the Agreement is hereby amended by replacing the number "90" with "180."

6. Section 3(d) of the Agreement is hereby deleted in its entirety and replaced with the following:

"(d)  Athena may terminate this Agreement if Client violates the System and Service Access and Use provisions hereunder; provided, however, that, permission to access or use athenaNet will first be suspended or limited upon such violation as set forth in Section 4(b), and provided, further that Athena will notify Client of such suspension as soon as reasonably practicable. Any notice of suspension to Client will constitute a notice of breach under Section 3(c)(i), except that the cure period for such breach will be five (5) days."

7. Section 3(e) of the Agreement shall be hereby deleted in its entirety and replaced with the following:

"(e) If Athena determines that any material Client information (including, but not limited to, Client size, type, specialty, configuration, annual volume of Client claims, or annual fee for service collections) is materially inaccurate, incomplete, or varies from the information actually recorded in athenaNet by at least 15% (upwards or downwards) then Athena may require Client to agree to additional or alternative terms or pricing. Athena agrees to cooperate in good faith with Client to mutually agree upon such additional or alternative terms or pricing; provided, however, that if the Parties cannot reach mutual agreement after such good faith discussions, Athena may terminate this Agreement upon sixty (60) days notice to Client and such termination shall be Athena's sole remedy for termination of the Agreement due to the inability of the Parties to agree to revised pricing under this Section 3(e); provided, however, Athena does not waive, and hereby reserves, its other rights and remedies under the Agreement. The Parties hereby agree that Athena shall not perform a review of Client information for the first twelve (12) months following Go-Live. In such review of Client's information, Athena will not utilize Client's data from the first three months following Go-Live and will use Client data containing matched claims."

8. Section 4(c) is hereby amended by deleting subsection 4(c)(v) in its entirety and inserting the following in lieu thereof: "(v) enter data in athenaNet that is threatening, harmful, lewd, offensive or defamatory;".

9. Section 4(c) is hereby amended by deleting Section 4(c)(vii) in its entirety and inserting the following in lieu thereof: "(vii) use the athenaNet Services or any part or aspect of them for any unlawful purpose or to knowingly harass anyone."

10. Section 8(c) of the Agreement is hereby amended by deleting the first and second sentence in such section and inserting the following in lieu thereof:

"EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN, ATHENA UNDERTAKES NO OBLIGATION TO PROVIDE ERROR-FREE OR FAULT-FREE ITEMS OR SERVICES. WITHOUT NEGATING THE EXPRESS WARRANTIES SET FORTH HEREIN AND TO THE EXTENT PERMITTED BY LAW, THE ATHENANET SERVICES ARE PROVIDED "AS IS" WITH ALL FAULTS AND DEFECTS."

11. Section 8(d) of the Agreement shall be amended by replacing the reference to "one year" with "two years."

12. Section 8(f) of the Agreement shall be amended by replacing the reference to "lesser" with "greater."

13. Section 11 of the Agreement shall be amended by deleting the phrase "in Boston, Massachusetts."

14. Section 12 of the Agreement shall be deleted in its entirety and replaced with the following:

> "Section 12. Forum.   The applicable Federal District Court for the state in which the Party named as Defendant will be the exclusive venue for any court proceeding between the Parties arising out of, or in connection with, this Agreement.  The Parties hereby submit to and consent irrevocably to the jurisdiction of such courts for these purposes. Each Party covenants and agrees that it shall not seek to add, name, join, implead, or otherwise seek redress against any third party in connection with any such court proceeding that would have the effect of destroying the jurisdiction of such Court with respect to diversity of citizenship pursuant to 28 USC § 1332, and will pursue any claims against such third parties in separate legal actions."

15. The "Auto Debit Authorization Form" contained in the Agreement is hereby deleted in its entirety.

16. The Parties agree that with respect to the provision of athenaCollector Services only, Client is entering into this Agreement on behalf of Specialty Medical Group Central California; accordingly, this Agreement and the AthenaCollector Services provided hereunder are applicable to Specialty Medical Group Central California and its associated tax identification number only.

17. For the Initial Term, Athena agrees not to increase (i) the Service Fee and (ii)the additional fees set forth on Addendum A attached hereto.

18. The Service Fee shall not be applicable to payments received by Client for claims that were submitted by Client's prior billing service prior to Go-Live.

19. For the first twelve (12) months following Go-Live, to the extent that Client receives Medicaid Meaningful Use Phase 1 payments from the State of California (collectively, "Phase 1 Payments"), Client shall have the right to request an invoice credit for the amount of the Service Fees assessed against such Phase 1

Payments and upon such request, Athena shall issue Client an invoice credit to be applied prospectively to Client's next monthly invoice.

20. All Client data entered into athenaNet shall at all times remain owned by Client. Upon any termination of the Agreement, Athena shall provide Client with a copy of its data in the format typically provided by Athena to its clients.

21. In the event that the athenaCoordinator Core Service fee of $1.00 per order is materially increased by Athena, upon Client's request Athena shall provide to Client a copy of its fair market value analysis documentation with respect to such price increase.

22. Athena shall use commercially reasonable efforts to (i) scope and buildlaboratory and radiology results interfaces to Client's Meditech Information System that shall enable laboratory and radiology results to be sent by Meditech directly into athenaClinicals, and (ii) facilitate the automatic and secure electronic data transfer to Meditech of all Client's facility and technical charges that are captured in athenaNet but cannot be billed through athenaCollector, in a mutually agreed upon format consistent with Athena's current methods of electronically transferring athenaNet data to third parties.

23. With respect to Client to hospitals Orders Integration and Results Delivery interfaces, the following shall apply:

    This component consists of two major elements:
    1.   Lab and radiology results interfaces
    2.   Lab and radiology order interfaces

    HL7 result interfaces are available now from athena and will be delivered according to the timeline mutually agreed upon by the Parties.

    Currently, Athena delivers outbound lab and radiology orders via fax directly from athenaNet. A standard offering for discrete electronic orders that will be generally available for all clients is on the 2013 product plan.

24. Athena agrees that in the event of a termination of the Agreement (except if such termination arises from an uncured breach of the System Access and Use provisions hereunder), Athena shall offer Client its usual and customary wind-down services substantially in accordance with the terms set forth in Addendum B hereto. The Parties agree to negotiate in good faith to mutually agree upon a rate for such wind-down services provided to Client by Athena.

25. The Parties hereby agree that the scanners currently owned by Client shall be supported scanners for purposes of card scanning into athenaNet, provided that such scanners are compatible with ScanSharp Version 6.0; and provided, further, that it shall be Client's responsibility (i) to confirm that its hardware is compatible with ScanSharp Version 6.0, and (ii) to purchase certain software (ScanSharp Version 6.0) in order for such scanners to be compatible with Athena's card scanning functionality.

26. Except as expressly amended herein, the Agreement is hereby confirmed and remains in full force and effect. To the extent of any conflict between the terms of this Amendment and those of the Agreement as in effect immediately prior to amendment hereby, the terms of this Amendment shall control. This Amendment may be executed in several counterparts, all of which taken together shall constitute one single agreement between the Parties.

[Signature Page to Follow]

IN WITNESS WHEREOF, the Parties hereto have executed this Amendment to be effective as of the date executed by Athena below.

ATHENAHEALTH, INC.

By: *[signature]*
Name: Jody Blakeway
Title: Senior Vice President, Client Services
Date: 11/14/12

Client Name: **Children's Hospital Central California**

By: *[signature: MWaldron]*
Name: Michele Waldron
Title: CFO
Date: 11/1/12

## ADDENDUM A

### Additional Fees

| | |
|---|---|
| **Provider Add Fees** | Waived in this Agreement |
| **Custom Reports** | $175/hr (with $875 minimum fee) |
| **Data Export** | $250 per occurrence |

(Data Export is intended for import into another system (unsuitable for viewing only). The export includes all patient demographic, appointment, insurance and transaction information as well as practice set-up data. It represents the full set of a practice's data, excluding data that does not belong exclusively to the requesting practice (i.e., clearinghouse reports), data that has no meaning outside of athenaNet (i.e., provider group/department mappings) and data in local claim rule tables. This export is provided in CSV format.
Note: No charge for the first copy of the data export for a client leaving athenahealth services.)

**Data Import**            $500 per import
(Data Imports includes, but is not limited to, Patient Demograpics, Appointments, Referring Providers, and Appointment Ticklers. Each item would be considered one import.)

**Training**

-                      On site   $1,500 full day
  $1,000 half day

-                      Webex $175 per hour

In addition to the rates listed on this Addendum A, travel expenses shall be charged for any on-site services provided by Athena.

7

Addendum B

WIND DOWN SERVICES

(a)    The Parties agree that the Agreement will terminate on_____. In order to provide for the orderly transition of Client from the services under the Agreement, during the period from _____ the ("Wind Down Date") to _____ (the "Wind Down Period") the obligations and rights of the Parties will be changed as follows:

i.    Athena will permit Client continued access to athenaNet in the same manner and under the same conditions as under the Agreement, provided that such access will be limited to view data and work Client hold buckets with respect to claims with services dates on or before the Wind Down Date;

ii.    Athena will continue to provide claims tracking and claims follow-up services;

iii.    Other than such system access and such tracking and follow up, Client will not require, accept or use any other services of Athena, including without limitation, all front-desk functionality, including, but not limited to, scheduling, check-in, check-out, charge entry, claim submission and eligibility checking.

(b)    During the Wind Down Period, Client will pay Athena monthly an amount equal to or less than the Service Fee in effect for Client at the time Client notifies Athena of its intent to purchase Wind Down services.  A fee will be added to the Service Fee for each patient statement mailed in paper format of $0.56 plus the amount of increase, if any in the US Postal Service first class mail rates between May 1, 2009 and the date of mailing.

(c)    No Minimum Service Commitments will apply during the Wind Down Period.

(d)    Notwithstanding any other provision in this Amendment, the obligation of Athena to continue to provide the services as described above during the Wind Down Period will not apply if Client is in default or breach of the Agreement or has failed to perform or comply with a material obligation, restriction or limitation of the Agreement; and, neither Party hereby waives any right that it would otherwise have with regard to any default or breach of the other.

(e)    During the Wind Down Period, Client agrees to be bound by all obligations, restrictions and limitations in the Agreement with respect to access to athenaNet and with respect to any rights in connection therewith that were applicable prior to the termination date, and both Parties agree to be bound by information rights and obligations and the confidentiality and security obligations set forth in the Agreement. Notwithstanding any provision to the contrary, Athena will have all rights with respect to services provided during the Wind Down Period as it has in the Agreement applicable to services before the Wind Down Date.