
**athenahealth**

athenaOne℠ SERVICE PROPOSAL

| | |
|---|---|
| Proposal Number | O-2266984-8 |
| Presented on | 11/01/2012 |
| Valid if accepted by | 11/02/2012 |

PRESENTED TO
Mike Gengozian
Director, Organizational Project Mgt Office
Children's Hospital Central Califtornia
9300 Valley Childrens Pl
Madera CA
93636-8761
(559) 353-7057
(559) 353-5311
mgengozian@childrenscentralcal.org

REPRESENTING
Children's Hospital Central California

PRESENTED BY
Kevin Brown
Sales Executive- SMI
athenahealth, Inc.
311 Arsenal Street
Watertown, MA 02472
617-402-1712 (office)
602-418-5886 (mobile)
kbrown@athenahealth.com

## What You Told Us About Your Practice

| | |
|---|---|
| Services You Provide | Multi Specialty; Health System |
| Annual Fee for Service Collections | $19,700,000 |
| Annual Number of Claims Submitted | 179,643 |
| Number of Billable Practitioners | 127 |
| Number of Practicing Providers | 127 |

## Our Fees

| | |
|---|---|
| Service Fee | 6.39% of Collections plus $1 per Closed-Loop Order |
| Service Fee Cap | 6.64% of Collections |
| Client Minimum Fee Per Month | $69,588 |
| Implementation Fee Discount | 100% |
| Deposit | $116,375 due at signing |
| Per Hour for Optional Programming/Professional Services | $175.00 |

## Implementation Scope

| | |
|---|---|
| Number of Data Imports | 1 |
| Number of Forms | 24 |
| Number of athenaCare Hours | 0 |
| Number of Locations Assessed Onsite | 8 |
| Number of Person Days Onsite | 88 |

Notes: See page 2

Notes:
-No Interface fees are included in this proposal. Interface fees will be as follows and contracted for separately.

- G/L Report Interface ($1,800 one time development fee and $30 per month maintenance fee per report)
- Lab Results – $0 one time development fee and $0 per month maintenance fee
- Radiology Results - $0 one time development fee and $0 per month maintenance fee
- PACS Interface- $0 one time development fee and $0 per month maintenance fee

-With respect to the Service Fee and Service Fee Cap referenced above, by way of example, if Client's monthly Collections were $100,000, the Client's monthly invoice would reflect its base service rate at ($100,000 x 6.39%= $6,390) plus its number of Closed-Loop Orders per month x $1.00 (the "Base Fee"). To the extent that this amount exceeds the cap service rate ($100,000 x 6.64% =$6,640) (the "Capped Fee"), then the monthly service fee would be equal to the lesser of the Base Fee or the Capped Fee. With respect to the foregoing example, for that month Client would need to create more than 250 billable orders in athenaNet before reaching the Service Fee Cap.

-The following order types are not applicable to the $1/Closed-Loop Order Charge: Client-owned in-house labs and in-house radiology Orders.

-Please note that the Implementation Fee is waived. Athena requires a deposit of $116,375 at signing in order to honor this waiver. Athena will refund the full Deposit amount referenced above in the form of a credit or series of credits applied prospectively to Client's invoices contingent upon Client's Go-Live Date occurring within the implementation timeline agreed upon by the Parties.

-The fee for Provider Add-Ons shall be waived during the term of the Agreement.

-Current Service Fees are calculated using Collections per claim of $109.66.

-Service Fee applicable to Collector is 4.00%.

-Service Fee reflects a Shared Tax ID, and due to the Shared Tax ID, the Service Fee is increased by 0.15% and the Service Fee Cap by 0.12%.

-The Client Minimum Fee for the first three months after Go-Live will be $25,222 for the first month, $36,031 for the second month, and $46,840 for the third month. Starting in the fourth month after Go-Live, the Client Minimum Fee shall be as defined in the Proposal under Our Fees.

- For the first month following Go-Live, you will pay the greater of the Client Minimum Fee Per Month or 70% of Service Fee, not to exceed 70% of the Service Fee Cap. Starting in the second month after Go-Live and thereafter, you will be invoiced monthly and pay the greater of the Client Minimum Fee or Service Fee, not to exceed the Service Fee Cap.
- Closed-Loop Orders sent only to Out-of-Network Providers are subject to the $1 fee referenced above.
- For the athenaCoordinator Core℠ service, you will be charged $1.00 per Order (as defined in the athenaCoordinator Core℠ service description) received from athenaClinicals clients.
- Any work outside of the agreed upon implementation scope and timeline will require a change order and will result in additional fees.
-Credit Card Plus will require the Client to complete an Elavon Merchant Agreement credit application via athenahealth, and applicable Elavon fees for credit card transactions will apply.
-On-line credit card payments via the Patient Portal will require the Client to complete an Elavon Merchant Agreement credit application via athenahealth and applicable Elavon fees for credit card transactions will apply.
-Credit card payments to be collected via Live Operators requires the Client to be live on Credit Card Plus.
athenaOne℠ includes the athenaCollector®, athenaClinicals®, athenaCommunicator® and athenaCoordinator Core℠ services. See the applicable Service Descriptions for more information on standard implementation activities and the process to request additional services.
-To accept this Proposal and enter into a service agreement with athenahealth, you must sign a copy of the "athenahealth Master Services Agreement" that makes reference to the Proposal Number listed above. You can obtain an agreement from your salesperson. We look forward to doing business with you!