

# athenaCollector® Service
# Q1 2014 Edition

athenahealth, Inc.
Published: March 2014

athenaCollector® Service



# Table of Contents

Change Summary ........................................................................................................4

About athenaCollector® ............................................................................................4

    The athenaCollector Advantage ...........................................................................5

    athenaCollector: Optimizing results through a unique approach .........................5

    Intuitive Practice Management Software ..............................................................5

    Intelligent Billing Rules Engine ............................................................................5

    Expert Billing and Services Center ......................................................................6

    Greater Insight for Better Decision Making ..........................................................6

    Detailed description of the athenaCollector Service ............................................7

1 The athenaNet® System ..........................................................................................7

    1.1 athenaNet is easy to access. ..........................................................................7

    1.2 athenaNet will be there when you need it. .....................................................7

    1.3 Your data is your data and our data is our data. ...........................................8

    1.4 We work together to keep the data confidential. ...........................................9

2 Knowledge is captured in rules ..............................................................................9

3 Cosourcing in athenaCollector ............................................................................10

    3.1 Set-up and maintenance .............................................................................10

    3.2 Seeing Patients ...........................................................................................11

    3.3 Sending claims and statements ..................................................................14

    3.4 Receiving and processing payments ...........................................................16

    3.5 Posting payments to charges ......................................................................17

    3.6 Working the A/R ...........................................................................................21

    3.7 When does athenahealth stop working a claim or Unpostable? ..................23

4 Maintaining the cosourcing relationship is essential ..........................................23

5 athenaCare ...........................................................................................................24

About Us .................................................................................................................25

Appendix 1: Onboarding, athenaCare, and Client Support Services ....................26

Appendix 2: Rural Health Clinics, Federally Qualified Health Centers, and Provider Based Clinics ........................39

Appendix 3: Complete Change Summary ..............................................................40



# Style Conventions

The following style conventions are used in this document. Here's what they mean:

# 1 Major Headings

Major Headings set apart the four main sections of the Service Description.

▸ Bulleted text can appear anywhere.

---

*Important legal notices are set apart like this·*

---

## 1.1 Subheads

Detail topics are grouped by their subheadings.

**Topic headings are set in bold.** Details about the topic are in body text.

> **Topic exceptions.** Exceptions to the topic description are set apart with an indent and horizontal line.

Topics not applicable to most clients. Topics not pertinent to a majority of clients are set in a different colored type.



# Change Summary

This section is intended to make it easy for existing clients to understand changes in the athenaCollector® Service Description from one edition to the next. Material changes are listed under the period they went into effect. Minor edits to wording or punctuation are not listed. The first edition was published in April 2007. Older versions are available on athenaNetwork or through the Client Support Center.

## March 2014

- ‣ Section 2. Changed "implementation" reference to "onboarding."
- ‣ Section 3.1. Changed section name from "Set-up and training" to "Set-up and maintenance," removed certain headings and related information, and included cross-reference to Appendix 1: Onboarding, athenaCare, and Client Support Services.
- ‣ Section 3.2. Changed "implementation" reference to "onboarding" and "Go-Live date" reference to "Go-Live Date."
- ‣ Section 3.2. Changed "Go-Live date" reference to "Go-Live Date."
- ‣ Section 3.4. Changed "implementation" reference to "implementation and Configuration (as described in Section 1.2 (Onboarding Services Scope and Approach) of Appendix 1: Onboarding, athenaCare, and Client Support Services)."
- ‣ Section 3.6. Changed "implementation" reference to "onboarding."
- ‣ Section 4. Changed one heading name from "Enrollment forms" to "Enrollment," removed certain headings and related information, and included cross-reference to Appendix 1: Onboarding, athenaCare, and Client Support Services.
- ‣ Section 5. Included cross-reference to applicable section of Appendix 1: Onboarding, athenaCare, and Client Support Services.
- ‣ Added Appendix 1: Onboarding, athenaCare, and Client Support Services.

For all changes prior to March 2014, please see the Appendix 3.

# About athenaCollector®

athenaCollector is the industry's leading billing and practice management solution — delivering faster payment, increased revenues and dramatically improved control over practice operations.

Practices face an array of operational challenges. Constantly changing payer rules make it time-consuming for your staff to keep up. Lost and denied claims significantly impact your practice's income. Lack of accurate data leaves you at a disadvantage during planning and payer negotiations.

athenaCollector helps you solve these challenges. athenahealth offers the industry's leading approach to billing and practice management, combining award-winning software, the country's largest database of payer rules, and state-of-the-art billing and collection operations like no other. The result? Significantly improved financial and operational performance for your practice.



## The athenaCollector Advantage

With athenaCollector, you realize immediate and measurable results. You can:

- Get paid more and faster
- Benefit from the most up-to-date payer intelligence
- Have the most time-consuming work done for you
- Get full visibility into and clarity on your practice to make better decisions
- Increase staff productivity
- Decrease the rate of lost and denied claims

And you can achieve all of this with a minimal investment. There's no need to buy new server hardware, and there are no upfront licensing fees.

## athenaCollector: Optimizing results through a unique approach

With unprecedented visibility into your operations, you can gain greater financial control and realize significant performance improvements.

Neither software nor traditional outsourcing services provide everything you need to effectively and efficiently manage your billing and claims process. That's why athenahealth offers a unique approach, one that incorporates Web-based software, unparalleled industry knowledge, and dedicated, experienced support staff, all integrated into a single service that delivers consistent, dependable results.

## Intuitive Practice Management Software

athenaCollector includes our highly intuitive, web-based practice management software that simplifies every step of the process: patient registration, scheduling, check-in, charge entry, referral management, checkout, follow-up, collections, accounting, and reporting.

athenaCollector relieves your staff of many time-consuming activities, allowing them to focus on running your practice by:

- Automatically checking patient eligibility prior to appointments and flagging ineligible patients to help reduce denials
- Tracking practice activity in real time, helping to ensure that charges are captured and claims are generated for each patient visit
- Providing a workflow dashboard, so you can see the up-to-the-minute status of all claims, wherever and whenever you have internet access, revealing what's been paid, what hasn't, and why
- Maintaining compliance with billing and claims management standards, including HIPAA, EDI, ERA, and NPI
- And much more

## Intelligent Billing Rules Engine

At the heart of athenaCollector is the industry's largest database of payer-specific reimbursement requirements. This proprietary billing rules engine delivers the in-depth insight and knowledge you need to get paid—and get paid accurately—by health insurers.



athenaCollector® Service

Updated daily based on athenahealth research and the collective experience of thousands of clients, our rules engine tracks the evolving requirements of hundreds of payers and thousands of benefit plans, so you don't have to. It includes everything from coding observations to procedure documentation rules, from situation-specific claim data requirements to insurance identification number formatting protocols. And that's just the beginning.

As data is entered into our practice management application at key points in the patient workflow, our rules engine verifies the information and alerts staff when something needs to be corrected or additional data is required on a claim. As a result, our clients are typically reimbursed correctly for their services the first time around—not the second or third.

## Expert Billing and Services Center

Once you've entered the charges, our athenahealth service team takes care of much of the rest of the billing process. This includes:

- Generating and submitting electronic and paper claims
- Confirming receipt of claims and resubmitting lost claims
- Posting remittance advice received from payers, including scanning paper remittance advice into our practice management application for online reference
- Following up on unpaid and denied claims and working to get them paid
- Updating the rules engine to help prevent denial recurrences
- Reviewing key performance metrics and notifying you proactively, if performance is not consistent with target

Finally, our committed billing and collections experts work in partnership with you to maximize revenue. Our goal isn't to simply answer your questions. Our Account Management staff is specially trained to proactively seek opportunities that help you improve your practice's performance.

## Greater Insight for Better Decision Making

With athenaCollector, you have the information you need, whenever you need it. It's all available through our web-based practice management application, which provides you with up-to-the-minute information posted by your staff and our billing and collections team.

Through our powerful dashboards and reports, you can quickly and easily view key practice performance data: accounts receivable, practice activity, schedule utilization, collections, denials, payer mix, and more. You can drill down to analyze individual payers, providers, offices, claims, and patients.

With the ability to see what's happening in your practice—in real time and in detail—you gain an enormous edge in everything from optimizing practice operations to negotiating payer contracts.

And through our unique Live Benchmarking capability, you can even see how your practice measures up against other athenaCollector practices in your state or specialty—or even across the country. It's a unique opportunity that gives you insight about which areas could be improved.

A service that helps your practice run more efficiently, athenaCollector significantly improves billing and practice management processes to help you get paid what you deserve—faster.

athenaCollector® Service



## Detailed description of the athenaCollector Service

The goal of this document is to set out clearly, in layman's terms, what you can (and can't) expect from us, and what we need to expect from you at a detailed level. It is divided into four sections:

▷ Section 1 describes the service aspects of athenaNet®, the web-native information system that we and all our clients use.

▷ Section 2 describes the Rules Engine and what it will mean to you.

▷ Section 3 describes the specific services we perform for our clients and the performance we can expect from them.

▷ Finally, and perhaps most importantly, Section 4 describes the goals and boundaries of our client relationship philosophy.

Overall, it's about a 30-page read, which sounds like a lot. But please read it anyway! Understanding what we can expect from one another is the single most important ingredient to making our partnership a success.

*The remainder of this document, except for the "About Us" section at the end, is referred to as the "Service Description" in the athenahealth Master Services Agreement and is legally binding for clients who sign that Agreement. This document serves as and supersedes the athenahealth General Service Specification referred to in some contracts. "You" and "yours" refer to the organization signing the contract and its staff. "We" and "our" refer to athenahealth. Capitalized terms not defined in this document are defined in the athenahealth Master Services Agreement.*

# 1 The athenaNet® System

This section describes the service aspects of athenaNet. For information on any additional aspects of athenaNet, please contact your salesperson to arrange an in-depth demonstration.

## 1.1 athenaNet is easy to access.

Your practice will be responsible for coordinating acquisition, installation and configuration of all networking and hardware necessary for using athenaCollector. Please refer to our public web site for the most up-to-date list of technical requirements: http://www.athenahealth.com/our-services/technology.php

## 1.2 athenaNet will be there when you need it.

**athenaNet Uptime Minimum Service Commitment (MSC).** You can't see patients if athenaNet isn't there, and we wouldn't be in business if you couldn't see patients. We are so confident in our ability to keep athenaNet up and running that we will credit you 1% of your Service Fee for every 0.1% of availability we fall below 99.7% in a month, up to a maximum of 20% of that month's Service Fee when taken in combination with any other credits. athenaNet's hours of operation are from 6:00 a.m. to 1:00 a.m. Eastern time, 365 days per year. That doesn't mean athenaNet isn't available from 1:00 a.m. to 6:00 a.m. In fact, athenaNet is usually available 24/7 except for one Saturday every month, when we use that window of time to update the software, and when routine maintenance is required. If we need to take the system

athenaCollector® Service



down for maintenance, we will do all work within the 1:00 a.m. to 6:00 a.m. window, and post a notice in the Service Alert section of the athenaNetwork homepage.

**Major system maintenance.** In case we need to perform major system maintenance, athenahealth reserves the right to take athenaNet offline between 11:00 p.m. Saturday and 8:00 a.m. Sunday Eastern time without penalty. We will exercise this option only when absolutely necessary, and we will give you as much notice as possible.

**No charge for upgrades.** athenaCollector is updated continually. Global rules are released daily or weekly, and major new features and functions are typically released several times throughout the year, although this may occur more frequently. athenahealth makes updates to athenaCollector that it believes improve or expand current service, support system performance, protect its functions or meet compliance requirements. These updates are included as part of the athenaCollector Services. There is no additional charge for software licenses or upgrades. These updates are included in your Service Fee.

**Data redundancy.** athenahealth backs up your data continuously to a redundant infrastructure.

**athenaNet Backup Edition.** Every once in a while, something happens, and we have to perform emergency maintenance. For those times, we have built athenaNet Backup Edition and put it in a distant city from our primary data center. Backup Edition is intended to get your offices through periods of unplanned downtime. It lets your staff print off the schedules and encounter forms for their clinics so the flow of patients (and revenue) doesn't stop. You cannot update the information in Backup Edition. If there were ever an incident so severe that all clients needed to use Backup Edition at the same time, it could take up to 15 minutes to gain access.

**Connectivity backup.** Your network is just as important as ours, of course. The most common problem we face is that the Internet connection to the client's office goes down. The Internet is not always reliable, and not every connection is created equal, which is why we encourage you to invest in a quality, business-class Internet connection and a backup connection at every office. It would be wise to have a DSL or cable broadband backup at your large offices.

## 1.3 Your data is your data and our data is our data.

Your data consists of all of the patient demographic and insurance information, schedules, user and provider data, claims, EOB images, attachment images, and payments stored in athenaNet. Our data consists of our rules (even the ones you told us about), master insurance list, denial codes, and other information we use across our entire population of clients.

**Data copies.** You can get your data anytime you want. It is possible to extract most of your data right through the reporting functions of athenaNet. If you can't get what you need that way, athenahealth can write you a custom report. If you want to put a copy of your data under your pillow for safe-keeping, load it into a data warehouse, or even (gulp!) another practice management system, you can ask our Client Support Center, and we'll ship you a disk (or set of disks) with your data on it. We will charge you an additional fee, unless you have notified us that you intend to terminate the relationship, in which case the final set is complimentary (just to prove we don't have any hard feelings).

**Use of de-identified data.** athenahealth will use de-identified data generated from our clients' databases to enhance our services (for example, Live Benchmarking and Payer Performance Analysis), and for reasons of public health reporting, payer negotiations, and other uses we haven't thought of yet.

athenaCollector Service 

## 1.4 We work together to keep the data confidential.

Information security is both your and our responsibility. We must each do our part diligently.

**Encryption.** All the data passing between your offices and athenaNet is encrypted to a high industry standard (128-bit SSL).

**Security Responsibility.** athenahealth is responsible for keeping unauthorized people out of athenaNet, and you are responsible for keeping unauthorized people off your network by having appropriate physical, technical, and administrative controls. We promise to each other to have up-to-date HIPAA security and privacy plans and that we will cooperate in investigating security incidents.

**Individual Credentials.** You maintain your list of users and their permissions. In order to know with certainty that what athenaNet's audit trails say is true, all accounts have to belong to individual people, not "NURSE1" or "billingoffice." You have to make sure that no one to whom you have granted access is sharing their password. athenahealth will do the same.

**Disabling accounts.** When it is no longer appropriate for someone currently or formerly on your staff to have access to your athenaNet data, you commit to disable their account immediately. athenahealth will do the same. Remember, athenaNet is on the Internet, and unless you have taken extra care to restrict access, an angry former employee could go straight home and do something dumb or harmful. You and we must also satisfy HIPAA's "minimum necessary" requirement.

**Media Received by athenahealth.** Data storage media (e.g., CDs, DVDs, floppy disks, hard drives, thumb drives) received by athenahealth will be destroyed and not forwarded or returned to you. Please instruct your trading partners to send storage media to your office location, not your pay-to address.

*Third-party access. We also require that, if you want to grant access to someone not employed by you (a consultant, for example), you notify your Account Manager and complete athenahealth's process for granting such access. Similarly, athenahealth promises to have business associate agreements with any third party we hire who needs access to your data (for example, claims intermediaries).*

# 2 Knowledge is captured in rules

In athenaNet, Rules are short passages of computer code that are triggered by various attributes of a claim and take action on that claim. Rules are triggered by almost any combination of diagnosis, procedure code/modifier, place of service, rendering or supervising provider, payer, patient demographics, or patient eligibility status. Rules can change a claim's status, moving it into one of athenaNet's so-called "buckets," such as HOLD or MGRHOLD. They can also:

- Post overridable warnings on claims
- Change the claim's electronic or paper format
- Create a link to a claim attachment that you have faxed or uploaded to athenaNet
- Split a claim into institutional and professional components, or two separate professional claims

In addition to triggers and actions, rules have scope:



- **Global rules** are written by athenahealth and attached to a benefit package ("Insurance Package" in athenaNet) and are triggered anytime any client creates a claim destined for that Insurance Package. Global rules require payer documentation. They can take any of the actions listed above. Global rules can originate from athenahealth's research, athenahealth's denial management activity, government mandate (such as HIPAA, NPI, and ANSI 5010), Medicare's Correct Coding Initiative (CCI) edits, or your request, with supporting documentation.
- **Posting rules** are written by athenahealth to allow more accurate transaction and denial posting. athenahealth normally posts according to the remittance information; however, there are situations when a literal interpretation of the remittance data will lead to inaccurate posting. A Posting rule will override the literal interpretation, so that the correct transaction or denial is reflected on the claim.
- **Local rules** are requested by you and written by athenahealth, if the request is deemed by athenahealth to be legally and contractually compliant. A rule will be made Local when there is not sufficient documentation to support it being Global. Sometimes athenahealth will promote one or more of your Local rules to Global status.
- **Custom rules** are configured by your Superusers and can only act to move claims into HOLD or MGRHOLD. They can be made overridable or not and are based on a limited set of parameters.

**Independent Practice Associations (IPA).** Most IPAs require format research equivalent to what we would have to do to bring a new insurance carrier live. athenahealth may need to scope and build format rules for your IPAs, potentially extending the onboarding timeframe. If an IPA represents a large portion of your practice's revenue, please inform your salesperson.

---

*Rules ownership· athenahealth owns all the rules in athenaNet·*

---

# 3 Cosourcing in athenaCollector

In our experience, neither insourcing nor outsourcing is the best approach to gaining control over the revenue cycle. "Cosourcing" is the division of labor embodied by athenaCollector.

## 3.1 Set-up and maintenance

---

*As of March 1, 2014, the following topics, previously included in this Section 3·1, are addressed in Appendix 1: Onboarding, athenaCare, and Client Support Services: "On-site Implementation," "On-line Implementation," "Go-Live," "Implementation Fees," "Provider Setup Fee," "Project Manager," "Implementation Timeline," "Changes in Fee and Scope," "Emergency Go-Live," "Contracting," "Legacy data conversion and imports," "Superusers," "Supplemental Training and Go-Live (On-Site Implementation)," "Training and Go-Live (On-Line Implementation)," "Provider Add-Ons," and "Department Add-Ons·"*

---

**Billable Provider.** Onboarding fees are calculated based on the number of "Billable Providers" in your organization. A Billable Provider is any physician or non-physician provider who is credentialed with payers and linked to your medical group. A Billable Provider may work full- or part-time.



**Credentialing.** Where available, the credentialing services described herein only apply if you have opted-in during the contracting process. Once your group has determined which payers it will participate with and have negotiated those contracts, we will take over from there. We are responsible for credentialing, meaning our staff will work with you to help organize your group and providers' information and work with your payers to provide the documentation they require in order to issue group and or individual provider numbers or link issued numbers to your group. We will ask for information from your providers, organize and store their data, submit documentation, follow up with the payers, and configure your enrollment tables. We will also manage the credentialing lifecycle, provide alerts on impending credentialing-related expirations and manage the re-credentialing process, reattestations, provider changes, department additions, and resolve provider number scrubs and rejections if/when claims are affected. You are responsible for providing us with a primary point person to work directly with your providers and staff to ensure that all requested and necessary information is received and complete.

## 3.2 Seeing Patients

Your staff is responsible for what athenahealth calls the "patient workflow." Cleanly executing these processes, including registration, scheduling, appointment confirmation, appointment rescheduling, confirmation of eligibility, check-in, patient payment collection, coding, and charge-entry is essential to a successful revenue cycle. Throughout this process, remember that your practice is solely responsible for fax transmissions to providers in the global directory. In the event of an errant fax, you must route the fax to the intended recipient and evaluate relevant privacy obligations.

**ReminderCall.** ReminderCall is athenahealth's automated patient appointment reminder service. ReminderCall emails and/or calls your patients before any scheduled appointment, according to a schedule you set. These calls occur between 3:00 p.m. and 9:00 p.m. EST With ReminderCall, your staff will be able to know in advance which patients are planning to keep scheduled appointments and which patients need to reschedule. athenahealth is responsible for the recording and online posting of new and updated outbound ReminderCall messages requested by your practice. athenahealth is also responsible for recording a call outcome in athenaNet, so you know if the patient confirmed the appointment, if we left a message, and even if the phone number is out of order or disconnected. Your practice is responsible for maintaining lists of participating providers, departments, and patients, as well as providing and maintaining the content of the messages sent.

*This language is required for compliance with laws regulating automated, prerecorded, and artificial telephone calls. Message content and method of contact dictate what level of patient consent is necessary prior to placing an automated, prerecorded, or artificial telephone call. By entering a patient mobile or home phone number in athenaNet, the practice affirms that the requisite level of consent has been obtained for all applicable calls and messages.*

**Eligibility verification.** athenahealth maintains electronic eligibility linkages to many payers and will automatically check a patient's status three days before a scheduled appointment. You can also check eligibility on demand at any time, if the patient has coverage from a payer with which we have a connection. You are responsible for examining the results of eligibility checks and resolving any ambiguous results. If a patient has coverage from a payer with whom athenahealth doesn't have electronic eligibility



verification, then you are responsible for contacting the payer to determine whether coverage is in force prior to an appointment. Eligibility messages may not contain benefits information for some specialties.

*Third-party data· athenahealth is not responsible for errors in eligibility or other electronic data received from payers, clearinghouses, or similar intermediaries· Some payers may restrict the uses of data or require you to sign an agreement· You agree to be bound by the restrictions of third parties and to execute any agreements reasonably required by these third parties· If athenahealth is required to indemnify a third party for liability resulting from your acts or omissions, then you, in turn, indemnify and hold athenahealth and/or the third party harmless·*

**Insurance package management.** athenahealth maintains a nationwide list of insurance benefits packages, which athenahealth calls "packages." Packages are grouped by carrier into what athenahealth calls "insurance reporting categories" (IRCs). You may request new packages be added to our list. We will research your request and respond within a reasonable timeframe.

**Blue Cross/Blue Shield out-of-state routing.** If a BCBS patient from out of state receives services in your office, athenaNet requires you to register that patient with the "home plan," i.e., the one that's on their card. athenaNet depends on the home plan being identified, so it can apply the proper rule set. athenaNet will correctly submit the claim to the appropriate BCBS plan, based on your credentialing setup.

**Card scanning.** athenaNet supports the attachment of one 200KB or smaller image to each patient record (think photo or driver's license) and one card image to each insurance policy (think insurance card). You are responsible for purchasing a supported scanner. Please review the list of approved card scanning vendors and products at http://www.athenahealth.com/_doc/pdf/Insurance_Card_Scanning.pdf

**Claim attachments.** You either scan and upload or print a header sheet and fax documentation athenahealth needs to submit claims or appeals. You can upload any PDF document to the Practice Files page in athenaNet, but these files are not associated with individual claims or patients.

**Fee Schedules.** You are responsible for maintaining what, in athenaNet, are called your "Fee Schedules," that is, the amount you charge for your services.

**Coding reference materials.** Coding reference materials are available in athenaNet, provided by our partner, MedAssets.

*athenahealth does not code services for you· You must have the proper coding expertise on staff, and you are responsible for entering the information into athenaNet that we need to submit your claims· The codes you enter must conform to the law and any payer requirements· We commit to each other to maintain effective compliance programs·*

**Credit Card Plus.** As of April 1, 2010, all new athenaCollector Proposals will include fee and service details for Credit Card Plus (CCP), athenahealth's integrated payment processing and patient collection solution. CCP can increase patient collections, reduce days in accounts receivable for "patient pay" balances, reduce direct costs associated with patient collections, and save you time and money by freeing your staff to perform other duties. Credit Card Plus comprises (1) a secure payment application within athenaNet for

athenaCollector® Service



processing time-of-service credit card and check payments, (2) pre-authorized credit card transactions to collect patient liability upon claim adjudication, (3) credit card payment plans for automated collection of large outstanding balances, and (4) automatic matching of CCP payments in athenaNet to deposits in your athenaMailbox bank account.

To enable Credit Card Plus, you must meet the following requirements:

▷ Activate athenaMailbox service for your practice
▷ Open a merchant processing account with Elavon, our exclusive partner
▷ Purchase and install time-of-service devices supported by athenaNet
▷ Direct to your athenaMailbox US Bank account all payments processed by Elavon

Older Claims. athenahealth requires that you let us know if you want to enter charges for dates of service prior to your Go-Live Date; we call these types of charges "Older Claims." By entering Older Claims into athenaNet, you warrant to athenahealth that the following are true:  N|A

▷ None of the Older Claims is a duplicate of charges that have already been sent to the payer by you or any other billing company.
▷ None of the Older Claims is past the payer's filing limit.
▷ None of the Older Claims is overdue or in default, nor will be treated as such while athenahealth is performing the services specified in your contract.

Older Claims entered into athenaNet will significantly increase your practice's DAR. Other performance metrics could be negatively impacted, and may not be representative of true practice performance on athenaCollector. Also, athenahealth's Minimum Service Commitments and their associated credit remedies do not apply to athenahealth's performance of services with respect to Older Claims. You must notify your Project Manager or Account Manager before entering Older Claims into athenaNet.

Shared Tax ID. athenahealth strongly encourages you to transmit all the charges for your Tax ID through athenaNet; otherwise, we won't know how to post those payments, when they come. If we cannot avoid multiple systems for the Tax ID, such as for some Rural Health Clinics that are required to bill under a hospital's Tax ID, then we may charge you a small fee for processing all the remittance detail that comes to us but can't be posted, because the claims are in another system. If your practice has a Shared Tax ID, please notify your salesperson or Account Manager. We may ask you to complete a contract amendment in this scenario.

Anesthesia. athenahealth offers a timesheet charge entry workflow that allows you to track concurrency real-time. athenahealth maintains a database of payer requirements specifically for anesthesia. We also offer a manual formatting workflow. Clients doing flat-fee anesthesia billing require special review during onboarding so that athenahealth can set up the appropriate rules to apply the correct format to these claims.

Recurring billing. athenahealth cannot automate recurring billing or hold charges until you are ready to submit them. If you are required to hold charges, you must manually track them and enter them at the time you are ready to submit the claim.

Inventory Tracking and Management. athenahealth does not support inventory management. If you sell or rent equipment, you have to track that information outside of athenaNet. athenahealth cannot automate the generation or submission of 10-month letters for practices selling or renting durable medical equipment.

athenaCollector® Service



## 3.3 Sending claims and statements

**Claim Forwarding Minimum Service Commitment.** athenahealth will submit at least 95% of your primary and secondary claims such that they move from DROP status to the next appropriate status within three business days, or we will credit you 2% of that month's invoice for every 1% we fall below 95%. There are rare occasions, outlined below, when claims are exempted from this commitment. athenahealth does not submit tertiary claims.

**Unsupported formats.** Some payers have custom paper claim forms or requirements for submitting claims that are not supportable by athenahealth. These claims will go into a queue for you to print (or type or handwrite) and submit. If you need to submit non-HCFA/CMS-1500 or non-UB-92/04 paper claims, please provide a sample of the custom forms to your salesperson, who will check to see if that format is supported. You are responsible for submitting claims with unsupported formats. athenahealth does not guarantee we will support any paper claim formats besides the CMS-1500 and UB-04.

**Regulatory Reporting.** If reports are required to supplement or replace the standard claim submission and adjudication process for some or all of your business, we need to separately assess our ability to support those needs and there may be an additional fee to build out a solution.

**Claim attachments.** athenahealth will automatically submit claim attachments on primary and secondary claim submissions. If it is a secondary claim submission, athenahealth will automatically include the primary remittance.

**Web portals.** athenahealth does not submit claims via web portal.

**Institutional claims.** Institutional or facility claims are required in certain cases, such as for Ambulatory Surgery Centers (ASCs), Provider-Based Clinics, and Rural Health Clinics (RHCs). athenahealth will send institutional claims in UB-92, UB-04, or ANSI 837I format, but we do not bill DRGs (Diagnosis Related Groups) or APCs (Ambulatory Patient Classifications) or provide DRG/APC pricing functionality. We send primary institutional claims electronically to Medicare A and some commercial payers; all other primary claims are sent on paper. All secondary institutional claims are sent on paper, except secondaries to Medicare A, which you will enter directly on the intermediary's website. athenahealth does not support inpatient facility billing.

**Direct Data Entry (DDE) Systems.** athenahealth sends claims on paper or through electronic linkages directly to payers or claims intermediaries. athenahealth does not enter claim data or submit batch claims directly to payer websites, nor do we query DDE systems for claim status or payment information. If DDE is the only way a payer accepts claims submissions, then you are responsible for entering those claims.

**Medicare A testing period.** Because Medicare A uses a DDE system, athenahealth needs your help for at least the first month after your Go-Live Date to detect and repair denials. Because we cannot log into Medicare's system as you, you will need to notify us promptly if there are denials related to claim formatting.

**Foreign payers.** athenahealth does not send claims to payers outside the United States and its territories; however, athenahealth does send patient statements to foreign addresses with an additional charge to cover international postage.



**Payer exclusions for paper claims.** athenahealth will not submit paper claims that originate from a place of service or are directed to payers who prohibit the submission of paper claims; these claims will continue to age in athenaNet until they can be submitted electronically. Also, we will not force the electronic submission of such claims as they approach their respective timely filing limits as the claims may lack fundamental data elements that could cause rejections.

**PM160 form.** athenahealth does not handle formatting or submission of the PM160 form. In cases where a payer accepts a CMS1500, athenahealth can format and submit, but you will still be responsible for generating and supplying a copy of the PM160 form to the patient and the county. In these cases, you can create a placeholder claim where remittance can be posted, but we do not perform claim status inquiries or denial management for these claims.

**Courtesy Billing.** If you are non-par with a commercial payer, you may elect to opt out of accepting assignment and instead bill the beneficiary for services rendered. In these cases, athenahealth can enable a workflow that lets you submit a claim to the payer and then immediately transfer the remaining balance to the patient. It is not compliant with current law to courtesy bill government payers, so athenahealth does not allow it. Courtesy claims are still subject to our rules engine, and those rules must be satisfied prior to the initial submission.

**Authority to sign claims.** By signing up with athenahealth, you grant us authority to sign claims and retrieve payment information on your behalf, so we can do our part of the cosourcing arrangement. We also want to make sure you know athenahealth is not paying your claims. We are passing them onto the people (insurance companies, the government, corporations, and patients) who will pay them.

> **Original signatures.** For claims that require an original physician signature, athenahealth will submit those claims whenever possible (on paper, of course) and sign them "athenahealth on behalf of [doctor's name]." Most payers accept that as an original signature, except, for example, New York and Illinois Medicaid. In those cases, we will print the claims and send them to you. You will sign and mail them.

**Claim acknowledgement.** athenahealth attempts to make sure the claims we submit get to the payer. If the payer provides electronic acknowledgement that it has received your claims into its adjudication system, we will retrieve it and attach it to the claim. If we expect to receive an acknowledgement and do not, we will contact the payer or intermediary to request one. Not all payers or intermediaries provide acknowledgement reports, so claim acknowledgements will not be available for a subset of payers.

**Invoices.** athenahealth sends invoices and claims directly to corporations, law firms, and other non-health-insurance payers; we call this "Corporate Billing," "Legal Billing," or "Contract Billing," depending on the type of payer. If athenahealth classifies a payer as a corporate, legal, or contract payer, we will post payments but will not follow up on acknowledgement reports, unpaid claims or invoices, research denials, or verify overpayments. Unpaid or denied corporate, legal, or contract claims and invoices are your responsibility.

**Worker's Compensation (WC) and Motor Vehicle Administration (MVA) Payers.** athenahealth will submit your WC/MVA claims electronically when possible or on paper. All paper WC/MVA claims are mailed using the United States Postal Service's Intelligent Mail barcode, so we can track paper claims in the postal system. athenahealth does not negotiate case reimbursement, file liens, charge interest or penalties, verify payment against expected amount, confirm receipt of paper claims, or confirm WC/MVA pay-to addresses.

athenaCollector® Service



**Patient statements.** athenahealth sends statements to your patients when they have open balances due to you. Statements are mailed six times a week. A patient won't get more than one statement every 35 calendar days. Your practice's phone number is on the statement, and you are responsible for handling patient inquiries. If the patient has filed a change-of-address form with the post office, then athenahealth will change the address on the statement as it goes out, so it will get to the right place, and update the address in athenaNet, unless specified otherwise. Returned mail goes to your office. athenahealth does not contact your patients to inquire about the status of unpaid statements. Statement rates will increase with postage rates.

## 3.4 Receiving and processing payments

*The services described in Section 3.4 will be provided in accordance with this section and with the athenaMailbox Service Specification, as designated by athenahealth and as modified by athenahealth from time to time.*

athenahealth receives, scans, catalogs, and forwards for deposit all payments, except those collected at your locations. During Implementation and Configuration (as described in Section 1.2 (Onboarding Services Scope and Approach) of Appendix 1: Onboarding, athenaCare, and Client Support Services), athenahealth contacts your payers and instructs them to send payments to a P.O. box assigned by athenahealth but dedicated to you. The mail from that P.O. box comes to athenahealth, is opened and scanned, and the checks are collected and passed to our banking partner, U.S. Bank, for deposit into a bank account in your name and under your control. If you receive payments via electronic funds transfer (EFT), we will contact your payers and have those funds routed to this lockbox account as well. From there, you can log onto U.S. Bank's web portal and move the money into your operating account via an Automated Clearinghouse (ACH) transaction. You may not use the U.S. Bank lockbox account as an operating account, meaning you may not withdraw cash or pay bills from that account; you may only transfer money to your operating account.

*Official record. Your U.S. Bank statement is the official record of your cash deposits. The information in athenaNet is advisory.*

**Electronic Funds Transfer (EFT) as Default Payment Method.** When athenahealth contacts a payer with instructions on where to send your payments, we will request that payments be made by EFT to your U.S. Bank lockbox account (unless that payer does not offer EFT payments). Sometimes, we need you to sign something or fill out a form so we can complete this process; we expect you to turn these requests around quickly.

> **Shared Tax ID.** Sometimes when a practice shares a Tax ID with another entity, and we have deemed that practice as serviceable despite the shared Tax ID, ERA may not be supported by certain payers and may not be used as the default remittance detail method. In these cases, athenahealth will instruct the payer to send remittance detail via paper EOB to your dedicated athenahealth-assigned P.O. box. athenahealth may be able to build ERA linkages to reduce the effort of splitting remittance or implement a workflow that allows you to upload ERA files in athenaNet.

athenaCollector® Service



**Electronic Remittance Advice (ERA) as Default Remittance Detail Method.** When athenahealth contacts a payer with instructions on where to send your remittance detail, we will request that remittance detail be delivered via electronic remittance advice (unless that payer does not offer ERA). In order for athenahealth to receive ERA on your behalf, we will instruct payers to recognize us as your authorized billing service. Sometimes, we need you to sign something or fill out a form so we can complete this process; we expect you to turn these requests around quickly.

**Time of Service (TOS) Payments.** Payments collected using Credit Card Plus are recorded in athenaNet and deposited into your athenaMailbox account. Other payments (e.g., cash, checks) collected by your staff at your office locations are your responsibility to track in athenaNet and deposit to your bank.

**Included U.S. Bank services.** The cost of the following U.S. Bank services is included in your athenaCollector Service Fee:

- Lockbox account setup, maintenance, and a P.O. box for each of your organization's tax IDs.
- Unlimited deposits of funds received by athenahealth. Funds are generally available within three business days after receipt by U.S. Bank. Returned item fees are included.
- Web portal to view previous day account information and order next day funds transfer via ACH to a linked operating account at a bank of your choice in the U.S.
- Creation and maintenance of U.S. Bank Daily Statement.

**U.S. Bank fees.** athenahealth will pass fees for other services (e.g., wire transfers, replacement paper statements) on to you via your monthly invoice. To see a list of the most common U.S. Bank pass-through fees, please ask your salesperson.

**Patient payments.** Patient payments will come to athenahealth, and we will pass the checks on to U.S. Bank for deposit to your account. Patients can pay via check. If they send cash, we forward the cash to you (luckily, that doesn't happen very often).

**Retention of paper and image quality assurance.** athenahealth will wait at least 90 days after scanning your paper EOBs to destroy them. We examine EOBs during posting, but we don't examine the non-EOB images for readability—that's up to you. Images will remain on-line and accessible to you for at least three years and will stay in athenahealth's archives indefinitely after that.

**Discontinuing athenaMailbox Service.** In the event you discontinue your athenaMailbox Service, you are responsible for filing a pay-to address change with your payers. Payments will continue to come to your athenahealth P.O. box until your payers have changed your pay-to address. When you notify us of your desire to discontinue athenaMailboxservice, we will ask for a forwarding address. We will forward mail received at your athenahealth P.O. box to the address you give us, via U.S. Postal Service regular mail. Ninety (90) days after you discontinue, the P.O. box will be closed, and mail will be returned to sender. If you would prefer to have your shipments tracked, you must give us either a UPS or Federal Express account number that we will use to ship your mail to you. athenahealth is not liable for items in transit.

## 3.5 Posting payments to charges

**Payment Posting Minimum Service Commitment.** athenahealth commits to posting at least 95% of payment dollars within four business days after the date of receipt to your athenahealth P.O. box. If we fail to meet that minimum standard, we will credit you 2% of that month's invoice for every 1% we fall below 95%.

athenaCollector® Service



**Payment and detail routing.** Remittance detail usually accompanies the payment, but as the industry moves to electronic data exchange, that is less and less the case. athenahealth's policy is to not post payment detail until we have confirmation the payment is in your account or we know you receive Electronic Funds Transfer (EFT) payments from that payer. Likewise, when the payment arrives before the remittance detail, we can't post anything and have to wait (or call the payer, which we will do). The money will be available to you, but we won't know what it was payment for until the detail arrives. We have to work very closely together to make sure all the remittance detail and payments are going to the right places. That means all of your paper checks must go into your U.S. Bank lockbox account, otherwise athenahealth doesn't know when it's clear to post. It is also very important that you do not make any changes to your remittance records with payers, but let athenahealth do that for you. For instance, if the payer sends you a form telling you that EFT is now available, please don't sign up. Fax it to the Client Support Center, and we will take care of it for you.

> **Missing detail.** Sometimes, athenahealth receives a payment but not the detail required to post. In those cases, athenahealth will call the payer and try to track down the remittance advice. If the payer can't or won't provide it, or the payer's duplicate remittance fee is greater than 4% of the payment, we will ask you if you received it and may enlist your help to get it.
>
> **Missing payment.** If a paper EOB arrives without a paper check, athenahealth will call the payer and request proof of payment. If the payer tells us that the check went to the right place and the date it was cashed, athenahealth will consider that proof of payment and post. If we cannot obtain that information, we will ask you if you received the money and if it's OK to post.

**Evidence of payment.** Once athenahealth has the paper or electronic remittance detail and evidence that you have received the payment, we post. (Most of the time, athenahealth is forwarding the check to U.S. Bank for deposit, so we know you have received the funds.) Images of paper EOBs are available to you on line the same day we receive them. ERA source data is available online as a "replicated EOB."

**Foreign payers.** athenahealth will make a reasonable effort to post payments from foreign payers that come to your athenahealth P.O. box.

**Negotiated payments.** If you negotiate special payment arrangements with a payer for a visit or a series of visits, athenahealth cannot track or post according to these special arrangements. athenahealth will post according to the remittance supplied by the payer.

**Posting per the documentation.** It is athenahealth's policy to post exactly what the payer adjudicates, including payment, adjustment, and transfer amounts. In most cases, we rely on the content of the ERA file or the EOB. Exceptions to that rule are made when a literal interpretation of the data would lead to inaccurate posting and where we've researched the exception with the payer. Certain denials may result in the transfer of balances to the next responsible party or the patient. There are some exceptions listed below.

> **Automatically posted lump-sum or claim level payments.** When a payer remits an amount but does not indicate how to allocate that payment across the multiple charges on the claim, we call that a "lump-sum," "claim-level," or "bulk" payment. athenahealth's policy is to post all payments, transfers (except copays), and adjustments proportionally against the charges on the claim, based on the percentage each charge represents against the total sum of charges. Copay transfers are applied to a single charge only. This policy only applies to lump-sum payments that are automatically posted. Manually posted transactions will follow one of the two policies below. Manual posting occurs when our

athenaCollector® Service 

automatic posting engine cannot process an ERA file or cannot match a payment to a claim, for instance.

**Manually posted primary lump-sum or claim-level payments.** athenahealth's policy is to post all transfers (e.g., coinsurance, deductibles) first, then payments, starting with the largest charge, then adjustments.

**Manually posted secondary lump-sum payments.** athenahealth's policy is to post secondary lump-sum payments first, followed by adjustments, and finally transfers.

**Worker's Compensation (WC) and Motor Vehicle Administration (MVA) Payers.** athenahealth will receive payment and post as accurately as we can, given the information the adjuster returns with the payment. Some WC/MVA carriers do not return information sufficient for us to post exactly as you would, in which case we will flag the claim for you to look at.

**Corporate Billing.** athenahealth will post payments from corporations, but we need an allowable schedule from you if you have negotiated a discounted rate. Corporations typically do not report allowable amounts back to us with their payments.

**Non-Participating Providers.** Your providers may treat patients who are covered by an insurance carrier with which that provider does not have a reimbursement contract. Payers will reimburse the provider a standard rate, as if they had a contract, and indicate the remainder as a contractual adjustment. Some payers allow the provider to bill the next responsible party for the difference between the charged amount and what the carrier paid. Other payers do not allow balance billing. athenaNet allows you to indicate providers who do not participate with payers using the Non-Participating Providers page. The entries you make on the Non-Participating Providers page indicate to athenaNet's posting engine that the specified provider(s) do not have a contract with the specified payer(s). By entering a non-participating provider, you authorize athenaNet's posting engine to transfer to the next responsible payer any contractual amount that is reported on the payer's remittance advice for charges billed by the designated provider.

---

*The Non-Participating Providers page is activated only by request. By requesting this page, you agree to maintain the Non-Participating Provider page with accurate and up-to-date entries at all times. Furthermore, you acknowledge that your non-participating provider entries will result in a posting override to transfer amounts to the next responsible party in the event that a contractual adjustment is reported on the remittance advice. You assume responsibility for incorrect transfers that result from inaccurate non-participating provider entries. The Non-Participating Providers page is maintained solely by you and must be updated annually as entries will expire. If an entry expires, posting overrides will no longer transfer amounts reported as a contractual adjustment, those amounts will be posted as they appear on the EOB. athenahealth staff will not add or update entries on this page.*

---

**Unpostables.** Some things that happen in posting, such as when the payer issues a takeback, or a page is missing from an EOB, are handled in what we call "Unpostables." An Unpostable is just what it sounds like: a payment amount athenahealth can't post to a charge on a patient or a claim, and requires additional research. Some Unpostables are routed to you and are your responsibility. athenahealth handles some types of Unpostables.

athenaCollector® Service



**Matching payments to charges.** athenahealth's policy is to match every payment with its charge. We have a complex and proprietary matching technology that uses weighted factors, such as insurance package, claim ID number, date of service, CPT code, and charge amount, to find the appropriate charge. There are circumstances in which payments fail to match:

- The claim was billed from a system other than athenaNet.
- You may have changed the insurance carrier, CPT code, or charge amount on a claim.
- A patient sends a check but not the payment stub, and we can't definitively identify the patient using only the information on the check.
- The payer does not return all the data we need to match, which happens commonly with case-rate, episodic, and vision carriers.
- You've received a bulk payment that is not intended to post against individual claims, such as a capitation or incentive payment.

When athenaNet fails to match a payment to a charge, athenahealth attempts to manually match the payment. If athenahealth cannot determine a match manually, we will turn that payment into a "No Matching Charge/Patient" unpostable and ask you to determine if the payment belongs to your practice. If you can match the payment to a charge or a patient, you can send the payment back to athenahealth for posting.

If the payment belongs to something outside of athenaNet, you can download the payment information from athenaNet and record that payment in the appropriate system.

**Capitation Payments.** You are required to report to us your capitation payments and link them to the services they cover using the Capitation Wizard in athenaNet.

**Patient payments.** athenahealth also receives and processes payments from patients that come through the mail. Payments are applied to the oldest open patient balance first.

**Unapplied credits.** Patient credit balances are carried as "Unapplied Credits" in athenaNet. An Unapplied Credit that is not refunded to the patient will be applied to the next open balance that patient incurs. If you choose to enable automatic posting of unapplied credits, then athenaNet will post unapplieds to the oldest date of service first.

**Credit Balances (Overpayments).** For insurance credit balances (overpayments), athenahealth will review the posting on the claim to confirm that the overpayment is not the result of a posting error. If the EOB supports the posting of a payment in excess of the billed amount of the charge, athenahealth will flag the claim by placing it in overpaid status for you to review. You will be responsible, based on the escheatment laws of your state and your contracts with payers, to either issue refunds or initiate takebacks accordingly. Clients have diverse preferences when it comes to handling refunds. If we receive notice of a pending takeback, we will forward that information to you through the correspondence workflow. When we are informed that a takeback has been processed via an EOB, we will post the takeback against the corresponding claim in athenaNet. If the EOB is unclear as to which specific charge the takeback applies, athenahealth will call the payer and try to obtain the detailed information we need to post.

**Self Pay Small-balance automatic adjustments.** athenahealth does not automatically adjust small "debit" balances. If you want to automatically adjust small "debit" balances, please ask your salesperson. There is a short authorization form we require you to sign.

athenaCollector° Service



## 3.6 Working the A/R

Sending claims, receiving payments, and posting are the bread and butter of revenue cycle management, but just as important is "working the A/R," which to athenahealth consists of Claim Tracking, Denial Management, Underpayments, and Zero-Pays.

**Claim Tracking Service.** Believe it or not, full payment doesn't always come back right away. If we haven't heard from an insurance payer after a certain number of days, an "Alarm" is triggered, and athenahealth will contact the payer about that claim. athenahealth will place phone calls, send faxes, check websites, perform electronic claim status inquiry, or send demand letters regarding claims. If athenahealth has the ability to independently register your practice using information in your tablespace, we will do so. If not, we'll reach out to you for further assistance. In some cases, claims may be resolved in a group, if they stem from the same root cause. The Alarm waiting periods vary from payer to payer and are based on our experience of how long it takes that payer to respond.

athenahealth establishes and updates its claim alarms to reflect each payer's unique adjudication cycle. Some states have implemented Prompt Pay laws that dictate the timeframe within which insurance payers must adjudicate claims. If you feel that an insurance payer is not abiding by the terms of the legislation in question, we recommend that you contact your Provider Relations Representative. Because the contract is between your practice and the payer, athenahealth cannot be as effective as you in making the case.

**Claim Tracking Minimum Service Commitment.** athenahealth commits to complete a claim tracking action within 20 business days on at least 95% of the claims that have remained outstanding past our standard waiting period, that is, after an Alarm has been triggered. If we fail to meet that standard, we will credit you 2% of that month's invoice for every 1% we fall below 95%.

**Denial Management Service.** Despite our best efforts, some claims get denied. In our cosourcing model, resolving these denials is a shared responsibility. athenahealth researches denials to ensure the reason and next step are clear. We then take one of several actions, based on the remittance, our payer knowledge, and CMS's own CCI guidelines. If the claim was denied based on inaccurate information your staff provided during registration, insurance verification, or charge entry, we route that back to your staff to fix. Similarly, if the claim is denied for additional documentation that your office has, we route that claim back to your staff so they can supply the information. In both cases, once you have corrected the claim or attached the required documentation, your staff can return the claim to us, and we will complete the appeal or reconsideration process. If, based on the factors above, we believe the payer has made an error, we will contact the payer directly. Based on their guidelines, we will ask for reconsideration or formally appeal the denial.

**Denial Management Minimum Service Commitment.** athenahealth commits to examine and take action on at least 95% of your denials within 10 business days. If we fail to meet that standard, we will credit you 2% of that month's invoice for every 1% we fall below 95%.

> **Corporate, Legal, and Contract Payers.** athenahealth does not follow up on or take action on denials for claims or invoices billed directly to corporations ("Corporate Billing"), law firms ("Legal Billing"), or other non-health insurance organizations ("Contract Billing").
>
> **Non-Participating Providers.** For providers that are designated by the payer as non-participating, athenahealth will appeal denied claims only when the basis of the appeal is an adjudication error. If you or the patient feels that a non-participating provider's claim has been paid incorrectly, the patient



should contact the payer and resolve the matter directly. Typically, the rights rest with the patient, and the patient's contract dictates the benefit payment amount and the appeals process.

**Institutional claims.** Medicare A and a small subset of payers require use of a Direct Data Entry (DDE) system for claim tracking. athenahealth does not support the use of DDE systems and, therefore, does not perform claim tracking (follow-up) or denial management services with payers that require their use. Medicare A claim tracking and denial management are your responsibilities.

**Courtesy appeals.** Sometimes, you may disagree with athenahealth's assessment of the legitimacy of a denial or zero-pay; that is, we feel the denial is legitimate and you do not. In those cases, you may request one Courtesy Appeal on the claim, which we will prepare and submit for you.

**Appealing zero-pays.** Payers sometimes "pay" a claim with $0, meaning they say, "We're not denying this charge, but we're not paying for it, either, because it's within the global period, or it's part of this other procedure performed the same day." athenahealth calls these situations "zero-pays." We work those for $200 or greater on your behalf by assessing them for appealability and submitting appeal letters citing the CCI standards in cases we believe have merit. It should be noted that we first post the adjustment and then gather up all the adjustments for assessment, so you may see zero-paid claims in CLOSED status that are actually being appealed. If you find a zero-pay less than $200 that you would like to be appealed, you can tag the claim, and we will send the appeal. Sometimes you need to provide more information in order for athenahealth to submit an appeal according to CCI, similar to denials.

**Collections and bad debt policies.** If the receivable is the patient's responsibility, then you will create and maintain policies that determine when that receivable is transferred to a collections agency or adjusted off to bad debt. athenaNet manages the bad debt policies you create, automatically adjusting balances that meet your policies' criteria. We recommend adjusting off balances aged over 180 days and set up a default policy that allows you to focus your collection efforts on active AR. We maintain established connections with collections agencies and can help you to contract with one during onboarding. Your collections policies will identify receivables that meet your collections criteria, and you can elect to automate the transfer of those receivables on a schedule that you set. You may choose to use your own agency instead. If you choose an agency that does not have an established connection with athenahealth, you are responsible for producing and delivering the data your agency needs.

**Finding underpayments.** athenaNet can track your contracted rates in what we call "Allowable Schedules," compare actual payments, and provide you with concise data that will allow you to spot underpayments. The Payment Mismatch Tracking Wizard in athenaNet is designed to make it easy for you to prove to the payer that it has made a mistake in its adjudication system. You are responsible for loading your Allowable Schedules, based on your payer contracts. athenahealth doesn't call the payers on your behalf because, in our experience, underpayment errors are most commonly the result of data entry errors at the payer. The way to fix the problem is to take the matter to your Provider Relations Representative. Because the contract is between your practice and the payer, athenahealth cannot be as effective as you in making the case.

**Network Growth.** Coordinating care in health care today is a morass of inefficiency, dissatisfaction and lost opportunity. Referrals and orders for patient care often arrive incomplete or never arrive at all. Visibility into the status of an order and the care that a patient has or has not received while in the care of others remains a major cause for patient and physician dissatisfaction. A root cause of the inadequate care coordination that exists today is that incentives have not existed to assure that complete and accurate orders are sent and that the receivers of those orders are paying the fair market value for the receipt of that critical health information. We are actively taking steps to change that.

athenaCollector® Service



As we continue to build our national network of ordering providers and order receivers on athenaNet as a critical step towards improving care coordination, it is imperative that athenaCollector practices have visibility into our growing network of athenaCoordinator receivers. Within athenaNet and within the athenaCoordinator ordering workflow, the names and locations of athenaCoordinator receivers will be visible and given a recognizable and differential status as an "in-network" receiver. Likewise, within athenaNet and within the athenaCoordinator order receiving workflows, the names and locations of athenaCollector senders will be visible and recognizable as an "in-network" ordering provider. Having the full life cycle of an order occur on a single national network allows the right information to be delivered to the right medical provider at the right moment in time to produce the highest possible quality outcome for patients.

If you have any concerns with being visibly listed on athenaNet as "in-network," please let us know and we will arrange for you to be opted-out of that designation.


## 3.7 When does athenahealth stop working a claim or Unpostable?

Sometimes athenahealth has to make judgments about when to stop working on a claim. athenahealth has defined endpoints to our processes that, in our experience, are appropriately aggressive on your behalf without being pointless. athenahealth calls a claim that has hit one of these endpoints a "Fully-Worked Receivable" (FWR) and defines it as a charge that meets one of these criteria:

- Was not billed within the payer's timely filing limit
- Has aged past the expected payment period for that payer and has an open balance of $4.99 or less
- The payer has not responded after three attempts to process the claim; these attempts include (but are not limited to) phone calls, web portal usage, written demand letters, and claim resubmissions
- Was denied and has subsequently failed a separate appeal process after confirmation that the payer has all necessary documentation
- athenahealth confirms payment went to the parent organization with which your medical group shares a tax ID number (usually a hospital)

Similarly, athenahealth defines endpoints for Unpostable records. Some exceptions exist, for example: Unpostables related to patient balances. When an Unpostable record has hit one of these endpoints, we consider the record as "Fully-Worked" and will close the record according to the following criteria:

- athenahealth, and you when appropriate, has made a reasonable effort to resolve the record and has exhausted all possibilities
- Has aged past a reasonable resolution period based on the record type


# 4 Maintaining the cosourcing relationship is essential.

*As of March 1, 2014, the following topics, previously included in this Section 4, are addressed in Appendix 1: Onboarding, athenaCare, and Client Support Services: "Client Support Center," "Account Management," "Client Listening Survey," "User Authorization," "Payment," "No withholding of payment or service," "Taxes, fees, and surcharges," and "Reasonable promotion."*

athenaCollector® Service                                   

You may have gotten the point by now that cosourcing requires we have a good relationship with each other. Successful relationships are based on solid foundations and require regular attention. We want your relationship with athenahealth to be rewarding, and we promise to work in good faith toward that goal. We have designed our client support organization to have two tiers, our Client Support Center and Account Management.

**Enrollment.** You are responsible for providing all required information for us to properly enroll you for all applicable enrollment tasks (e.g., payers, immunization registries). As a result, we ask that you not change your enrollment information, including pay-to or remittance designations, with payers. Please forward any such paperwork to us. Unless otherwise restricted (e.g., by contract or payer obligations) we will execute and submit enrollment forms on your behalf.

**Mutual confidentiality.** athenahealth will keep your and you will keep athenahealth's information confidential, unless the other party says it's OK to disclose it or the government asks for it. athenahealth will use de-identified data generated from your database to enhance our services.

**Charge entry.** Your practice is responsible for entering all charges in athenaNet to bill claims.

**Additional Services.** Not everything is included in the Service Fee. There is a short list of additional fees (e.g., interfaces, custom reports, extra training, new provider setup, custom consulting projects). Your Account Manager can get you estimated prices for these services.

# 5 athenaCare

*As of March 1, 2014, athenaCare is addressed in Section 2 (athenaCare) of Appendix 1: Onboarding, athenaCare, and Client Support Services.*

Thank you for reading this far! This is the end of the Service Description. We hope to continually earn your business.

— End of Service Description —

athenaCollector® Service 

# About Us

In 1997, athenahealth's co-founders Todd Park and Jonathan Bush purchased a birthing practice in California. Almost immediately, they were buried in paper and spent most of their time and energy trying to get paid. They looked for a solution, but couldn't find one.

So they built their own.

What resulted are athenahealth's easy-to-use medical billing, practice management, and EHR services. athenahealth's web-based software, intelligent rules database, and dedicated team of specialists address the many practice needs that impact both the quality of patient care and practice revenue.

Today, athenahealth helps over 50,000 medical providers nationwide enjoy faster payment, increased collections, radically improved control over billing and clinical operations, and more time for their patients.

For us, improving health care is more than just a job. It's our passion. We're absolutely dedicated to liberating doctors and patients from the administrative expense and stress of the health care system. It's all part of our mission to become medical groups' most trusted business service. Join us. You'll see the change. And the results.



# Appendix 1: Onboarding, athenaCare, and Client Support Services

# 1 Onboarding Services

athena calls your initial setup the onboarding process. The onboarding process starts shortly after your organization signs the services agreement with athena and continues past when your providers go live on the system. Your go-live is an important milestone and we will work with you to determine an optimal timeline that will minimize risk and maximize adoption. It is athena's best practice to have organizations go live on all relevant services at the same time, as this will minimize work effort and risk.

- For **athenaCollector,** the Go-Live Date is the day athenaNet is first available to you to capture charge-related data. Note: athena does not allow you to create claims in athenaNet prior to the Go-Live Date, nor does athena send claims or patient statements prior to the Go-Live Date.
- For **athenaClinicals,** the Go-Live Date is the day athenaNet is first available to you to document patient encounters or enter orders in athenaNet.
- For **athenaCommunicator,** the Go-Live Date is the earlier of the day the portal is first available to your patients via secure login or the day outbound calls or messages are first able to be sent to your patients via athenaNet.

Below, you will find information on co-sourcing, the onboarding scope and approach, and fees and additional services related to your onboarding process.

## 1.1 Cosourcing during the onboarding process

In our experience, neither in-sourcing nor out-sourcing is the best approach to improve your organization's revenue cycle, clinical, and patient workflows. "Co-sourcing" is the division of labor between your organization and athena, which is essential to the success of the onboarding process and our ongoing partnership.

Successfully onboarding your organization and providers requires dedicated work effort from both athena and your organization. athena is responsible for providing a knowledgeable team to execute athena's onboarding tasks and to provide support and guidance to your team in completing your onboarding tasks. Your organization is responsible for providing an onboarding lead ( a "Client Project Lead") and a provider champion. You are also responsible for ensuring active participation of key personnel from each functional area of your organization during the onboarding process. Your Client Project Lead will be athena's main point of contact throughout the onboarding process.

The following table outlines some of the key onboarding activities and personnel that your organization will be accountable for during the onboarding process:

| Activity | Description |
| --- | --- |
| Client Project Lead | • Assign a Client Project Lead to work with athena's project team to execute onboarding tasks and drive the project forward |

athenaCollector® Service 

| Configuration | • Identify a member of your organization to build key administrative tables<br>• Maintain athenaNet administrative tables after go-live |
|---|---|
| Superusers | • Designate one or more member(s) of your organization for each location trained in athenaNet and responsible for tasks such as granting access and privileges to other users and making decisions about workflow design ("Superusers")<br>• Ensure that Superusers are engaged during the onboarding process and are ready to support providers or staff at go-live<br>• Continue to invest in and maintain Superusers after go-live |
| Payer Contracts | • Establish and maintain your payer contracts<br>• Verify par/non-par status<br>• Manage carve-outs<br>• Maintain out-of-network policies and procedures |
| Technical Lead | • Provide during the onboarding process a member of your organization to assist with hardware testing and technical infrastructure tasks (a "Technical Lead") |
| Data Import | • Extract data from your PMIS or EMR and format to meet the athenaNet technical specifications<br>• Assure quality of data once it is loaded into athenaNet |
| User Training | • Ensure that all relevant users complete training offered during the onboarding process<br>• Provide a training facility for classroom-based training<br>Note: only applicable for on-site onboarding approach |
| Workflows | • Identify athenaNet-related workflows that need to be formally documented during onboarding to ensure that staff are following athena-recommended best practices and your organization's policies and procedures<br>• Maintain these workflows after go-live |
| Interfaces | • Identify Interfaces that are needed to support your workflows<br>• Assign a member of your organization to coordinate activities related to any requested interfaces (an "Interface Lead") |
| Patient Portal | • Establish a domain name<br>• Develop a portal adoption strategy including a patient communication plan<br>• Enroll for credit merchant services and obtain a US bank account |

## 1.2 Onboarding services scope and approach

The scope of any on-site onboarding services is or will be specified on your Proposal or other written agreement and is based on information you provided to athena. Remote onboarding services as specified in the "Onboarding Approach" table below may be provided based on the needs and size of your organization. You may incur additional fees for work outside of this scope.

athenaCollector® Service



**Scope Overview:** Your onboarding process will kick-off shortly after you sign your services agreement with athena.

In line with our co-sourcing principles, athena is responsible for some onboarding activities and your organization is responsible for others. Your project team will provide a plan that outlines onboarding activities shortly after the kick-off. Throughout the onboarding process, your project team will work closely with your organization to monitor the status of these tasks. We will work with you to fine-tune the plan to meet your organization's needs.

Four essential professional services comprise the onboarding process: Implementation & Configuration Services, Training, Go-Live Support, and Optimization Services. Each of these professional services involves a series of activities (detailed below) that aim to prepare your organization to use athenaNet. All four professional services are required during your organization's onboarding process.

| Onboarding Services Overview | | |
|---|---|---|
| Professional Service | Service Overview | Availability and Alternate Providers |
| Implementation and Configuration Services | • Project management<br>• athenaNet set-up and configuration guidance<br>• Technical readiness<br>• Data imports<br>• Organizational assessment<br>• Enrollment<br>• Chart abstraction planning<br>• Credit Card Plus set-up<br>• Interface identification and oversight<br>• Billing slips and forms<br>• Patient portal<br>• Scheduling and payment protocols | • All onboardings require Implementation and Configuration Services provided by athena<br>• Project management is available via one of our certified vendor partners |
| Training | • eLearning curriculum with role-specific curriculum via the eLearning portal<br>• Training completion reporting<br>• Optional classroom-based training, where applicable | • All users must complete athenaNet training during the onboarding process<br>• Classroom-based training is available through athena or you may elect to contract directly with one of our certified vendor partners |
| Go-Live Support | • Real-time assistance and coaching<br>• Issue tracking and resolution<br>• Monitoring of key metrics | • All onboardings require Go-Live Support<br>• Go-Live Support for on-site onboardings is available through athena or you may elect to contract directly with one of our certified vendor partners |
| Optimization Services | • Workflow optimization<br>• Productivity and adoption recommendations<br>• User-specific training | • During the onboarding process, athena uses performance monitoring tools to assess your organization's performance. If athena identifies certain areas for |

athenaCollector® Service



| | Advanced configuration | Improvement, athena may contact you about us providing Optimization Services. For athena to be able to provide Optimization Services, we will need direct access to your providers, billing staff, and other key athenaNet users |
|---|---|---|

If you elect onboarding services from a certified vendor partner (Implementation and Configuration Services must be provided by athena), your organization is responsible for arranging and managing the contractual relationships with that partner. A list of certified vendor partners can be provided to you by your athena sales representative or Account Manager.

**Onboarding Approach.**   Your organization's onboarding approach will depend upon your organization's size and needs. Our recommendations are based on our experience of bringing thousands of organizations live on athenaNet.

| Onboarding Approach | | |
|---|---|---|
| | **REMOTE** | **ON-SITE** |
| Implementation and Configuration Services | • Assigned project team<br>• Weekly project status calls<br>• Pre-configured clinical content by specialty<br>• Implementation wizard and online tools | • Assigned project team<br>• Weekly project status calls or on-site meetings<br>• Pre-configured clinical content by specialty<br>• On-site operational assessment<br>• Implementation wizard and online tools<br>• Custom onboarding tools, as needed |
| Training | • Assigned eLearning curriculum | • Assigned eLearning curriculum<br>• Classroom-based training (eLearning modules are a pre-requisite)<br>• Training database<br>• End user training program |
| Go-Live Support | • Remote support on the Go-Live Date<br>• Remote monitoring | • On-site support for each location by athena or your Superusers<br>• Remote monitoring |
| Optimization Services | • Portions of Optimization Services are delivered remotely (via telephone, web conference, and similar technologies) via our athenaCare team | • Portions of Optimization Services may be delivered on-site and portions will be delivered remotely (via telephone, web conference, and similar technologies) via our athenaCare team |

The estimated number of on-site days needed for each service, if any, will be included in your Proposal or other written agreement. Not all work for on-site onboarding services is performed at your site. Additional on-site days may be purchased at the standard rate. With either the remote or on-site approach, athena

---

athenaCollector® Service  athenahealth

works hard to prevent your organization from experiencing unexpected changes or a negative impact to your cash flow, productivity, and workflows and to make the onboarding process a positive experience for you and your staff. Your onboarding timeline will depend on the athenaNet Services you are implementing and your onboarding approach. An expedited onboarding approach is available but will require vetting and approval from athena. It also may entail additional fees. Your Go-Live Date will be jointly set by you and your project team after the onboarding process kicks-off.

Below is a high level overview of key onboarding milestones, phases, and onboarding services.



*For Proposals with "Presented On" dates on or before February 28, 2014 and/or for agreements with an Effective Date on or before February 28, 2014: (1) "Implementation Fee(s)" or "Service Fee(s)" cover(s), as specifically noted in such Proposal/agreement, Implementation and Configuration Services (which may be remote), Training (which may be eLearning), and Go-Live Support (which may be remote); (2) Optimization Services are reflected, or will be reflected, as applicable, on a Proposal, an amendment, or another written agreement as athenaCare Services; and (3) "Other athenaCare Services" (as described in the chart in Section 2.3 athenaCare*



*Services) are reflected, or will be reflected, as applicable, on a Proposal, an amendment, or another written agreement as athenaCare Services·*

## Onboarding Services Descriptions

### Implementation and Configuration Services

**Project Management.** Your athena project team will work with you to create and maintain a project plan. Weekly status calls and reports are provided to track progress, coordinate key stakeholders (e.g., third parties to which your organization wants to interface), and identify and mitigate risk.

**Set-up and Configuration.** An important stage in the onboarding process is configuring and setting up athenaNet to meet the needs of your organization. Your project team will be available to recommend configuration best practices as well as activate specialty-specific, pre-configured clinical content. Any customization of clinical content may require additional fees.

**Technical Readiness.** Specifications for suitable PCs, laptops, printers, insurance card scanners, label printers, internet connectivity, and other technical infrastructure required to get maximum use out of athenaNet will be provided, as well as guidance on technical readiness best practices when appropriate.

**Data Imports.** athena may be able to import data from your legacy PMIS or EMR. We will provide you with our technical specifications that outline the format and types of patient and clinical data that can be imported into athenaNet. You will be responsible for extracting the data from your legacy system and formatting it to meet our specifications. A sample data import is recommended for testing and to ensure accuracy. Final imports and quality assurance steps are recommended prior to go-live. Please see "Legacy PMIS or EMR Data Conversion" under section 1.3 Additional Fees and Services for details on additional fees in the event you are unable to extract data from your legacy PMIS or EMR.

**Operational Assessment.** athena performs an operational assessment early in the onboarding process. The information collected allows us to better understand your operation and recommend best practice workflows.

**Enrollment.** When applicable, your organization will work with athena's Enrollment Services team. This team is responsible for verifying payer-related provider numbers, performing electronic data interchange ("EDI"), electronic funds transfer ("EFT"), electronic remittance advice ("ERA"), and/or Surescripts subscription enrollment. They will also help change your "pay-to address" for applicable payers.

**Chart Abstraction Planning.** Choosing the right approach for chart abstraction for your organization is important to a successful go-live. Your athena project team will provide guidance on best practices for identifying specific medical information from a patient's existing chart and entering it into athenaNet. When applicable, we will also recommend options for extracting discrete data or documents from your legacy EMR and importing it into athenaNet or linking this data to a third-party hosted archive.

Note: While we understand the desire to have a complete history of your patients in athenaNet, we consider the existing paper chart or EHR record the official archive for clinical data captured prior to go-live.

**Credit Card Plus Set-up.** When applicable, specifications for credit card/e-check machines will be provided, as well as guidance on how to obtain a merchant account with our credit-card processing partner. athena will assist your organization in conducting testing prior to go-live.

athenaCollector® Service 

Interface Oversight. Interfaces are often beneficial to your organization's workflows. Your athena project team will work to identify relevant interfaces during the onboarding process, as well as oversee communication between the athena Healthcare Transactions (Interface) Team and your organization's Interface Lead. Scoping, coding, and testing of interfaces between athenaNet and external systems is not included in onboarding services (see Section 1.3 Additional Fees and Services).

Billing Slips and Forms. During the onboarding process your project team will facilitate the collection of relevant billing slips or clinical forms and convert them to HTML or PDF files. These billing slips and forms will be loaded into the appropriate sections in athenaNet prior to go-live. athena will convert one billing slip for each of your billable providers (note that billing slips should not be necessary if you are implementing athenaClinicals) and one form for each of your practicing providers. If you require additional billing slips or forms not included in the onboarding scope you may incur additional fees.

Patient Portal. Your project team will show you how to set up and configure your patient portal and will provide best practice recommendations when appropriate.

Scheduling and Payment Protocols. During the onboarding process, your project team will work with your organization to configure scheduling and payment protocols to best meet your organization's specific needs.

Training

eLearning Curriculum. Role-specific training on how to use athenaNet is provided through eLearning courses. athenaNet courses are available based on the role assigned in athenaNet to each of your users. Progress reporting is available to monitor users' completion of eLearning coursework.

Classroom-based Training. For on-site onboardings, athena will offer on-site classroom-based training for relevant users. athena will administer a feedback survey after each training session to track attendance, assess retention, and identify additional training opportunities.

Training Database. When part of the onboarding services scope, athena will create a training environment that will enable trainers to use realistic scenarios based on your size or specialty.

End User Training Program. We will assist with the creation of a formal end user training program that will help you identify the number, duration, and type of training session(s) your staff need prior to go-live. Typically, end user training is performed by your organization's Superusers or training team.

Go-Live Support

The first few days that your organization is live are a critical phase in the onboarding process. Regardless of whether your athena project team is at one of your locations or remote, it will track functional and workflow issues that arise, conduct status calls to review those issues, and work to diagnose and resolve basic technical issues (such as device connectivity with insurance card scanners, credit card machines, and fax machines). On-site go-live support resources and remote project team members will also answer basic athenaNet functionality questions and assist staff in navigating athenaNet workflows.

The project team will monitor key metrics and identify potential problems. On your Go-Live Date, the project team is available to assist with the end of day close.

Optimization Services



Optimization Services are a key element of the onboarding process to help your organization thrive after go-live. During the onboarding process, athena uses performance monitoring tools to assess your organization's performance, and if athena identifies certain areas for improvement at your organization, our team of consultants may provide both organization-level analysis and individual coaching to drive greater productivity and clinical effectiveness on athenaNet. Often the coaching that we provide is to individual providers, clinicians, and administrative users, so athena needs to be able to contact those users directly to improve their performance most efficiently. Unless stated on your Proposal or other written agreement, "Other athenaCare Services," as outlined in the chart in Section 2.3 athenaCare Services, are not included in Optimization Services. For a more detailed description of Optimization Services, see the table in Section 2.3 athenaCare Services.

## 1.3 Fees and additional services

**Fees Overview.** Your Proposal or other written agreement may specify whether Training, Go-Live Support, and Optimization Services engagements are based on an estimated number of hours, a number of on-site days, or a defined deliverable. A "Person Day" is eight (8) hours. For engagements that include hour estimates, athena will not bill more than the agreed maximum hours without first getting your approval for additional scope. Additional on-site days can be purchased at our standard rate for on-site onboardings. For fixed fee engagements, the service is considered complete when we provide the final deliverable to you.

athena travel and related expenses in connection with onboarding are not included in the Service Fee or the onboarding services fees and are your responsibility.

**Additional Services and Fees.** You may elect to receive certain additional services from athena related to your onboarding or on-going use of the athenaNet Services. Below are descriptions of additional services and fees associated with each service. Note that the availability of the different additional services described below may differ depending on which of the athenaNet Services your organization uses.

### Additional athenaNet Services

**Department Add.** If you plan to add a new medical group, location, specialty, or ancillary service to your organization after your initial Go-Live Date, you are required to notify your Account Manager or sales representative, as applicable. athena refers to these situations as "Department Adds" and most require additional professional services (e.g., project management, Training, Go-Live Support, and/or Optimization Services). Common examples of Department Adds include: adding a new tax identification number (TIN) or changing your existing TIN; adding an ancillary service such as a lab, Ambulatory Surgical Center (ASC), or imaging center; adding a new service location or clinic; or expanding into a new specialty. Your Account Manager will work with your athena sales representative and project team to scope the work required to implement the Department Add. We treat all Department Adds as a new onboarding, so you may incur additional fees and/or they may affect your service fee.

**Provider Add.** You may add individual providers to your organization during your onboarding process or after your initial go-live on athenaNet. You will be charged a fee to set up each additional provider that was not part of the original onboarding project scope. When you are ready to add a provider(s), please notify a member of your project team or your Account Manager. If a Provider Add requires any onboarding services, athena will consider it a Department Add.

athenaCollector® Service                                                                 

**Emergency Go-Live.** If there is not enough time to complete the requisite onboarding tasks prior to your Go-Live Date, then you may elect to have what we call an "Emergency Go-Live." Minimum Service Commitments and remedies do not apply until the requisite onboarding tasks are completed. You may be charged an additional fee for an Emergency Go-Live.

Note: With respect to athenaClinicals, if you elect an Emergency Go-Live, your organization is required to accept the default athenaClinicals configurations for your athenaClinicals go-live. After your athenaClinicals go-live, further customization can be performed, but will require effort from both your project team and athena. athena does not recommend this approach because it may require post-go-live changes to athenaClinicals workflow and content, which causes disruption to your staff.

**Interfaces.** All interface business requirements should be identified early on in the onboarding process or prior to signing your services agreement with athena. Interface-related tasks may increase your onboarding timeline and you may incur additional fees for scoping, coding, and testing of interfaces between athenaNet and external systems.

**Waved Go-Live.** A "Waved Go-Live" means that not all athenaNet Services will go live in the same week or there are separate Go-Live Dates spanning more than a week, for different parts of your organization. If you require a Waved Go-Live, your onboarding timeline will likely increase and you may incur additional fees.

**Legacy PMIS or EMR Data Conversion.** If you are unable to extract data from your legacy PMIS or EMR, athena can provide information about our preferred data extraction partner and the solutions they offer. You will be responsible for contracting directly with this partner and for any fees that you may incur to extract and format the data. athena can provide you with a detailed specification that outlines the different discrete and non-discrete data elements we can import into athenaNet.


## athenaClinicals Additional Services

**Custom Configuration.** Most of the time, the standard specialty-specific clinical content provided during onboarding will meet your provider and clinical staff needs. If you require custom clinical content, you may incur additional onboarding services fees.

**Data Backfill for athenaCollector Clients.** If your organization has used athenaCollector prior to your athenaClinicals Go-Live Date, athena is able to back-fill select historical patient data to improve the efficiency of your chart conversion process for an additional fee.

athenaCollector® Service 

# 2 Cosourcing and athenaCare

athenaCare continually looks for organizations and providers that are not achieving certain performance benchmarks and will attempt to reach the individuals that the data indicates are most in need of our services. In some cases we may recommend coming on-site to work more directly with providers or staff, and will need authorization to incur expenses prior to booking any travel.

Note: Fees described in your Proposal or other written agreement do not include athena travel and expenses related to athenaCare services. Any such expenses are your responsibility.

## 2.1 athenaCare pricing and methodology

For athenaCare services that are not Optimization Services (see the below table), an athenaCare team member will spend some time talking with you and/or learning about your organization. Based on this information, we'll deliver a proposal detailing our services — from consulting and training to building clinical templates. After beginning an engagement, additional scope and/or services may be recommended. However, we will always provide a separate proposal and require your approval prior to undertaking any additional work.

**Hourly, fixed fee, and combination engagements.** Your Proposal or other written agreement will specify whether the engagement is based on an estimated number of hours of service to be provided or is based on a fixed scope of deliverable. athena will not bill more than the agreed maximum hours without first getting your approval for additional scope. For fixed fee engagements, the engagement is considered complete when we provide the final deliverable to you.

**On-site and remote services.** athenaCare services are delivered both on your premises and remotely (via telephone, WebEx, and similar technologies). At least 20-40% of the hours utilized in a consulting engagement are for preparation and follow-up work, which is typically not performed at your location.

## 2.2 athenaCare services

| athenaCollector Consulting | | |
| --- | --- | --- |
| Optimization Services | Revenue Cycle Workflow Optimization | Provides organizations with critical insights about current office workflows and whether they are optimally designed and cost effective with the goal of containing costs through efficient processes and staffing rationalization. |
| | | As part of the assessment, we drill into: • Specific organizational roles and responsibilities • Staff's level of athenaNet understanding • Current approach to work delegation and performance management |
| athenaClinicals Consulting | | |

athenaCollector™ Service



| | Remote Optimization Services | The athenaCare remote offering allows organizations to access athenaClinicals subject matter experts through a series of flexible sessions delivered remotely though live conferencing. |
| --- | --- | --- |
| **athenaCommunicator Consulting** | | |
| | Remote Optimization Services | Offers an in-depth look at athenaCommunicator utilization through a review of configuration settings, along with education to drive feature adoption and strategic program execution. Assists organizations with increasing portal adoption by patients, increasing feature usage, reducing administrative work, and improving schedule density. |
| **Systems and Network Performance Consulting** | | |
| | Systems Performance Consulting | Provides a way to analyze a client's network, servers, and computers in terms of speed and reliability. Our team works directly with the client's IT and networking staff to develop optimization strategies for their technical systems. |
| **Clinical Content** | | |
| | Clinical Template Customization | Focuses on clinical content (e.g., history of present illness (HPI), review of systems (ROS), physical exam and procedure templates). Initial scoping is conducted by a content team specialist equipped to work directly with clinical staff. |
| | On-Site Consulting | On-site support and training with providers and staff to optimize their use of athena's services. The consulting may include workflows across the athenaCollector, athenaClinicals, and athenaCommunicator services, or may be service specific. Consulting is available around: <br> • Change management <br> • Onboarding support <br> • Personalized training <br> • Workflow and configuration <br> • Redesign/optimization <br><br> Some Service-specific consulting activities may include: <br> athenaCollector <br> • Financial analytics <br> • "Drain the swamp" activities <br> athenaClinicals |

athenaCollector® Service                                                    

| | | |
|---|---|---|
| | | • Provider accelerators (e.g., order sets, templates) |
| | | athenaCommunicator |
| | | • Live Operator protocols |
| | | • Group Call campaigns |
| **Training (Held at athenahealth in Watertown, MA , at your organization's site, or at a location near you)** | | |
| | Custom Training | Custom curriculums can be developed to include client-specific data and scenarios. |

*For Proposals with "Presented On" dates on or after March 1, 2014, the "Service Fee(s)": (1) include(s) Implementation and Configuration Services (which may be remote) and Optimization Services that athena deems appropriate for your organization (which may be remote); and (2) do(es) not include (a) on-site Training (which, if applicable, will be specifically noted in such Proposal), (b) on-site Go-Live Support (which, if applicable, will be specifically noted in such Proposal), or (c) "Other athenaCare Services" as described in the chart in Section 2·3 athenaCare Services (which, if applicable, are reflected, or will be reflected, on a Proposal, an amendment, or another written agreement as athenaCare Services)·*

# 3 Client support services

You may have gotten the point by now that co-sourcing requires we have a good relationship with each other. Successful relationships are based on solid foundations and require regular attention. We want your relationship with athena to be rewarding, and we promise to work in good faith toward that goal. We have designed our client support organization to have two tiers, our Client Support Center and Account Management.

**Client Support Center.** You can call our Client Support Center (the "CSC") at any time. The CSC is staffed from 7:30 a.m. to 9:00 p.m. Eastern Standard Time on business days. Off hours, an on-call representative is available via mobile phone 24/7/365 for urgent matters that require immediate attention. The CSC is a great resource for athenaNet functionality and workflow questions. The CSC manages what we call "issues," meaning items that require research and resolution on our end. If a question or issue cannot be resolved during your phone call (and 8 out of 10 times, it can be),·the analyst will create a case with a tracking number and a due date. The analyst will then follow up with you directly when your case is resolved.

**Account Management.** Beyond your regular interaction with the CSC, you will also be assigned to an Account Manager following your onboarding. Your Account Manager's role is to track your organizational performance and assist you as you make strategic decisions for your organization. He or she is also your point of contact for contract invoices, renewals, and any type of additional services offered by athena. Your Account Manager will work with you to set up a correspondence schedule that works for your organization.

athenaCollector® Service 

He or she will be your advocate and voice within athena, and will help keep you informed when an industry change affects you directly.

# 4 athena's expectations

We have a few additional expectations that are important to ensuring our co-sourcing relationship is mutually rewarding.

**Client Satisfaction Survey.** Twice a year, an athena employee will call you with a questionnaire about how you think the relationship is going; we call it the "Client Satisfaction Survey." athena uses that data to check and see how we're doing and to plan our future efforts. It is very important to us that we get that feedback from you, so we appreciate you taking a few minutes twice a year to answer our survey.

**User authorization.** We will assume that if an action is approved in athenaNet by one of your users, you approve of it as well. Your organization is responsible for ensuring that only authorized, properly authenticated users enter data in athenaNet. athena requires each user to create a strong password which is used during each secure log-in to athenaNet. System users should not share user IDs and/or passwords. Your organization is also responsible for ensuring that user permission levels are set appropriately for viewing and entering clinical data, claim information, and any information in athenaNet through the user administration tables.

When a Superuser leaves your organization, it is good security practice to have every user change his or her password. You should also periodically check to make sure you can link every user account to an authorized person.

**Payment.** You will pay us on time. That means you set us up with automatic electronic debit authority on your operating bank account (not the lockbox deposit account). We will send you an itemized invoice every month by email (or regular mail, at your request) and then wait seven days before debiting your account.

**No withholding of payment.** If you have an issue with our service, you will not withhold payment; you will work with us to resolve it.

**Taxes, fees, and surcharges.** Some states and local governments charge sales or excise taxes, or place other surcharges or fees on our services. These are your responsibility to pay. When athena passes these on to you, you will pay them promptly along with your Service Fee.

**Reasonable promotion.** You will let us use your organization's name occasionally in press releases and marketing materials.



# Appendix 2: Rural Health Clinics, Federally Qualified Health Centers, and Provider Based Clinics

To support your Rural Health Clinic (RHC), Federally Qualified Health Clinic (FQHC), and/or Provider Based Clinics (PBC) department(s), athenaNet must apply a specific set of claim functionality (FQHC/RHC functionality or PBC functionality) to format, submit and post your claims for payers with whom you are credentialed as an RHC, FQHC, or PBC. You are responsible for ensuring the accuracy and completeness of all claim data you enter into athenaNet. athenahealth will in turn rely on the claim data entered to operate either the FQHC/RHC or PBC functionalities and provide post adjudication support as necessary. Both the FQHC/RHC and PBC functionalities may split charges into multiple claims, modify the specific codes remitted to the payer, suppress charge lines where appropriate per your payer contracts, as well as write off charges in accordance with your per diem table and balance overpayments which may result from being paid the per diem rate. Complete descriptions of the FQHC/RHC and PBC functionalities that athenaNet applies to your charges can be provided by your Account Manager upon request.

*We commit to each other to actively monitor relevant legal and payer obligations that may impact the FQHC/RHC and PBC functionalities. When legal and/or payer obligations dictate a change in your FQHC/RHC and PBC functionalities, athenahealth will notify your practice regarding any changes. By utilizing the FQHC/RHC and/or PBC functionalities, you agree to indemnify and hold athenahealth harmless from any third party claim related to the FQHC/RHC and PBC functionalities.*

athenaCollector® Service 

# Appendix 3: Complete Change Summary

## Q1 2014

- **Section 3.2.** Updated card scanning list of supported scanners.
- **Section 4.** Updated enrollment form submission and execution parameters.
- **Section 5.** Updated athenaCare services.

## Q4 2013

- **Section 3.2.** Updated ReminderCall calling hours to start at 3 p.m. local time, 2 hours earlier than the previous start time
- **Section 3.6.** Removed "athenahealth also determines whether or not a payer is a corporate, legal or contract payer." This is no longer applicable now that clients have the ability to add corporate, legal or contract packages directly into athenaNet
- **Section 3.6.** Added "Network Growth" and explained the addition of athenaCoordinator receivers in the referral/auth workflow
- **Section 5.** Added athenaCare[SM] definition of services.

## Q3 2013

- **Section 3.3.** Includes broader description of force drop to paper exclusions due to state or payer restrictions that prohibit the submission of paper claims.
- **Section 3.5.** Clarified payment posting MSC, specifying that athenahealth will post at least 95% of payment dollars within four business days AFTER the date of receipt to your athenahealth P.O. box.
- **Section 3.5.** Clarified conditions under which athenahealth will pay a duplicate remittance fee when a payer has not provided enough detail required to post. If the duplicate remittance free is greater than 4% of the payment, athena will ask if you received it and if not, may enlist your help to get it.
- **Appendix: Rural Health Clinics.** Updated to include Federally Qualified Health Centers. Reflects a revised process for documenting the FQHC/RHC functionality used to format and submit applicable claims. Descriptions of the FQHC/RHC functionality that applies to your charges must now be requested through your Account Manager.

## Q2 2013

- **Section 3.5.** Self Pay Small-balance automatic adjustments.
- **Section 3.7.** When does athenahealth stop working a claim or Unpostable? Added information about the process by which athenahealth will close unpostable records that remain open despite having aged past a reasonable resolution period.
- **Appendix: Rural Health Clinics.** Made minor updates to psychiatry and other psychotherapy codes.

## Q1 2013

- **Section 1.2 athenaNet will be there when you need it.** Updated the Data Redundancy section to read: athenahealth backs up your data continuously to a redundant infrastructure.
- **Section 3.1 Set-up and training.** Added 'Credentialing Assessment Fee' section as well as a 'Credentialing' section explaining the new service.



▷ **Section 3.3 Sending claims and statements.** Removed sentence from the Institutional Claims section that stated that you will be charged a custom development fee, if you submit institutional claims to an unsupported payer.

▷ **Section 3.3 Sending claims and statements.** Removed sentence from the Invoice section that stated you can opt to submit invoices either weekly or monthly, but athenahealth cannot accommodate variable schedule by payers.

▷ **Section 3.4 Receiving and processing payments.** Explained that athenahealth may be able to build ERA linkages to reduce the effort of splitting remittance or implement a workflow that allows you to upload ERA files in athenaNet.

▷ **Appendix.** Updated the RHC appendix with new states.

## Q4 2012

▷ **Section 1.2 athenaNet will be there when you need it.** Updated date when athenaNet undergoes routine maintenance.

▷ **Section 3.1 Set-up and training.** The on-site implementation team will now visit your location 3 times during the project.

▷ **Section 3.1 Supplemental Training and Go-Live (On-Site Implementation).** Clarified that only some users will receive supplemental instructions from the athenahealth implementation team.

▷ **Section 3.3 Sending claims and statements.** Updated that a patient won't receive more than one statement every 35 calendar days.

▷ **Section 3.6 Working the A/R.** Added language: we recommend adjusting off balances aged over 180 days and set up a default policy that allows you to focus your collection efforts on active AR.

## Q3 2012

▷ **Section 3.6 Working the A/R.** Updated the Collections and bad debt policies section.

▷ **Appendix: Rural Health Clinic.** Added a section on athena's work with Rural Health Clinics (RHCs).

## Q2 2012

▷ **3.1 Set-up and training.** Updated the number of providers that are eligible for on-line implementation from five or fewer to six or fewer providers.

▷ **Detailed description of the athenaCollector Service.** Changed the language from 'athenaCollector Service Agreement' to the 'athenahealth Master Service Agreement'.

## Q1 2012

▷ **About athenaCollector.** Updated workflow reference from "coding" to "charge entry".

▷ **About athenaCollector.** Removed reference to check-out.

▷ **Section 2 (Global Rules).** Added a reference to ANSI 5010

▷ **Section 3.1 (Credentialing).** Changed "physician" to "provider".



- **Section 3.1 (Training and Go-Live (On-Line Implementation)).** Added additional information about training resources and go-live support.

- **Section 3.1 (Provider Add-ons).** Changed references to "physician" to "provider" and clarified the actions that athena will take when providers are added.

- **Section 3.2 (Blue Cross/Blue Shield out of state routing).** Added clarification on how we will route BCBS claims, "athenaNet will correctly submit the claim to the appropriate BCBS plan, based on your credentialing setup."

- **Section 3.2 (Fee Schedules).** Moved from section 3.3.

- **Section 3.2 (Anesthesia).** Removed the sentence that read, "Timesheet functionality is not available for claims billed under an SRNA (Student Registered Nurse Anesthetist)."

- **Section 3.3 (Workers Compensation (WC) and Motor Vehicle Administration (MVA) Payers).** Moved a portion of this paragraph to a new section in 3.5.

- **Section 3.3 (Original Signatures).** This section was moved and included as an exception to the "Authority to Sign Claims" section.

- **Section 3.4 (US Bank Fees).** Added detail on how fees are passed through to you.

- **Section 3.5 (Posting per the documentation).** Replaced "Posting per the EOB" section with new content that reads, "It is athenahealth's policy to post exactly what the payer adjudicates, including payment, adjustment, and transfer amounts. In most cases, we rely on the content of the ERA file or the EOB. Exceptions to that rule are made when a literal interpretation of the data would lead to inaccurate posting and where we've researched the exception with the payer. Certain denials may result in the transfer of balances to the next responsible party or the patient. There are some exceptions listed below."

- **Section 3.5 (Matching patients to charges).** Added a new bullet that reads, "You've received a bulk payment that is not intended to post against individual claims, such as a capitation or incentive payment."

- **Section 3.5 (Capitation Payments).** Moved this section from 3.4 to 3.5.

- **Section 3.5 (Cash reconciliation is not possible if athenaNet is not used to collect time-of-service payments).** Removed this paragraph that read, "Some clients do not use athenaNet to register patients, schedule them, or record payments collected at the time of service. We call these situations "back-end only interfaces." Because of the difficulty of synchronizing dates and deposit amounts between athenaNet and other systems, it is not possible to reconcile cash collections in athenaNet to bank statements in these situations."

- **Section 3.6 (Denial Management Services).** Brand new content that reads, "Despite our best efforts, some claims get denied. In our cosourcing model, resolving these denials is a shared responsibility. athenahealth researches denials to ensure the reason and next step are clear. We then take one of several actions, based on the remittance, our payer knowledge, and CMS's own CCI guidelines. If the claim was denied based on inaccurate information your staff provided during registration, insurance verification, or charge entry, we route that back to your staff to fix. Similarly, if the claim is denied for additional documentation that your office has, we route that claim back to your staff so they can supply the information. In both cases, once you have corrected the claim or attached the required documentation, your staff can return the claim to us, and we will complete the appeal or reconsideration



process. If, based on the factors above, we believe the payer has made an error, we will contact the payer directly. Based on their guidelines, we will ask for reconsideration or formally appeal the denial."

▷ **Section 3.6 (Denial Management Minimum Service Commitment).** Updated the ordering of topics so that the exceptions are listed immediately below this paragraph.

# Q4 2011

▷ **1.4 We work together to keep the data confidential.** Third-party access. We also require that, if you want to grant access to someone not employed by you (a consultant, for example), you notify us through your account manager, and complete athenahealth's process for granting such access. Similarly, athenahealth promises to have business associate agreements with any third-party we hire who needs access to your data (for example, claims intermediaries).

▷ **3.1 Set-up and training (Credentialing).** Additionally, you are responsible for maintaining this information, understanding the terms of your contracts and communicating these changes in cases where terms impact the way information should be sent when billing. This includes initial credentialing events, recredentialing events and conversions (ex. RHC, provider based billing, non par decisions, etc.).

▷ **3.2 Seeing patients (Eligibility Verification).** Eligibility messages may not contain benefits information for some specialties.

▷ **3.2 Seeing patients (Older Claims) Anesthesia.** athenahealth offers an anesthesia product to supplement our standard revenue cycle solution. This product offers a timesheet charge entry workflow that allows you to track concurrency real-time. athenahealth maintains a database of payer requirements specifically for anesthesia. We also offer a manual formatting workflow.

Timesheet functionality is not available for claims billed under an SRNA (Student Registered Nurse Anesthetist

Clients doing flat fee anesthesia billing require special review during implementation so that athenahealth can set up the appropriate rules to apply the correct format to these claims.

Recurring billing. athenahealth cannot automate recurring billing or hold charges until you are ready to submit them. If you are required to hold charges, you must manually track them and enter them at the time you are ready to submit the claim.

Inventory Tracking and Management. athenahealth does not support inventory management. If you sell or rent equipment, you have to track that information outside of athenaNet. athenahealth cannot automate the generation or submission of 10 month letters for practices selling or renting Durable Medical Equipment.

▷ **3.3 Sending claims and statements (Unsupported Formats) Regulatory Reporting.** If reports are required to supplement or replace the standard claim submission and adjudication process for some or all of your business, we need to separately scope our ability to support those needs and there may be an additional fee to build out a solution.

▷ **3.3 Sending claims and statements (Institutional Claims).** athenahealth does not support inpatient facility billing.



▷ 3.3 Sending claims and statements (Direct Data Entry (DDE) Systems) Web portals. athenahealth does not submit claims via web portal.

▷ 3.3 Sending claims and statements (Minnesota Paper-Based Claims) PM160 form. athenahealth does not handle formatting or submission of the PM160 form. In cases where a payer accepts a CMS1500, athenahealth can format and submit, but you will still be responsible for generating and supplying a copy of the PM160 form to the patient and the county. In these cases, you have the option to create a placeholder claim where remittance can be posted, but we do not perform claim status inquiries or denial management for these claims.

Courtesy Billing. If you are non par with a commercial payer, you may elect to opt out of accepting assignment and instead bill the beneficiary for services rendered. In these cases, athenahealth can enable a workflow where you are able to submit a claim to the payer and then immediately transfer the remaining balance to the patient. It is not compliant with current law to courtesy bill government payers, so athenahealth does not allow it. Courtesy claims are still subject to our Rules engine and those rules must be satisfied prior to the initial submission.

▷ 3.3 Sending claims and statements (Invoices). You can opt to submit invoices either weekly or monthly, but athenahealth cannot accommodate variable schedules by payer.

▷ 3.4 Receiving and processing payments (Shared Tax ID). If you share a TIN with another entity, you will play a role in managing the remittance that needs to be shared between that entity and the athenaNet system.

▷ 3.4 Receiving and processing payments (Shared Tax ID). athenahealth may be able to build ERA linkages to reduce the effort of splitting remittance.

▷ 3.5 Posting payments to charges (Foreign Payers) Negotiated payments. If you negotiate special payment arrangements with a payer for a visit or a series of visits, athenahealth cannot track or post in accordance with such special arrangements. athenahealth will post according to the remittance supplied by the payer.

▷ 3.5 Posting payments to charges (Posting per the EOB). It is athenahealth's policy to post exactly what the remittance detail indicates, including payment, adjustment and transfer amounts. Certain denials may result in the transfer of balances.

## Q3 2011

▷ 1.2 athenaNet Uptime Minimum Service Commitment (MSC). The fifth sentence has been revised to read as follows: In fact, athenaNet is usually available 24/7 except for one Friday every month, when we update the software, and when routine maintenance is required.

▷ 1.2 No charge for upgrades. The first and second sentence have been modified as follows:. athenaCollector is updated continually. Global rules are released daily or weekly, and major new features and functions are typically released several times throughout the year, although may occur more frequently. athenahealth makes updates to athenaCollector that it believes improve or expand current service, support system performance, protect its functions or meet compliance requirements. These updates are included as part of the athenaCollector Services. There is no additional charge for software licenses or upgrades.

athenaCollector® Service  

▸ **3.1 Implementation Fees.** The following sentence has been added after the second sentence: Practice may choose to auto debit the initial Implementation Fee payment. It will be auto-debited seven days after the Effective Date of the athenahealth Services Agreement.

▸ **3.1 The section has been renamed 'Supplemental Training and Go-Live (On-Site Implementation).** The first sentence has been revised to read as follows: If you are having an On-Site Implementation, regular users (non-superusers) will receive supplemental instruction from your athenahealth Implementation team one to two weeks prior to Go-Live. The focus of this training is to solidify knowledge acquired through athenaNet Training (via eLearning) and to practice workflow scenarios prior to Go-Live. athenahealth employees or your superusers will be stationed at each of your offices on Go-Live day to help your staff through the first-day jitters (usually by lunchtime the first day, the staff asks us to get out of the way). Your practice must provide a training facility and sufficient number of PCs for the End-user training practice attendees. Completion of assigned eLearning courses is a pre-requisite for on-site End-user training.

▸ **3.6 Claim Tracking Service.** The following statement has been added below this section: athenahealth establishes and updates its claim alarms to reflect each payer's unique adjudication cycle. Some states have implemented Prompt Pay laws that dictate the timeframe within which insurance payers must adjudicate claims. If you feel that an insurance payer is not abiding by the terms of the legislation in question, we recommend that you contact your Provider Relations Representative. Because the contract is between your practice and the payer, athenahealth cannot be as effective as you in making the case.

# Q2 2011

▸ **1.2 (athenaNet will be there when you need it) athenaNet Uptime Minimum Service Commitment (MSC).** The sixth sentence has been revised to read as follows: In fact, athenaNet is usually available 24/7 except for one day every month, when we update the software, and most Mondays, when we perform routine maintenance.

▸ **3.1 (Set-up and training) On-line implementation.** The third sentence has been revised to read as follows: Only Medical Groups with six or fewer Billable Practitioners are eligible for on-line implementation.

▸ **3.3 (Sending claims and statements) Claim acknowledgement.** The third sentence has been revised to read as follows: If we expect to receive an acknowledgement and do not, we will contact the payer or intermediary to request one. Not all payers or intermediaries provide acknowledgement reports, so claim acknowledgements will not be available for a subset of payers.

▸ **3.5 (Posting payments to charges) The Non-Participating Providers page is activated only by request.** The paragraph has been revised to read as follows: The Non-Participating Providers page is activated only by request. By requesting this page, you agree to maintain the Non-Participating Provider page with accurate and up-to-date entries at all times. Furthermore, you acknowledge that your non-participating provider entries will result in a posting override to transfer amounts to the next responsible party in the event that a contractual adjustment is reported on the remittance advice. You assume responsibility for incorrect transfers that result from inaccurate non-participating provider entries. The Non-Participating Providers page is maintained solely by you and must be updated annually as entries will expire. If an entry expires, posting overrides will no longer transfer amounts reported as a contractual adjustment, those amounts will be posted as they appear on the EOB. athenahealth staff will not add or update entries on this page.



➢ **3.6 (Working the A/R) Claim Tracking Minimum Service Commitment.** The first sentence has been revised to read as follows: athenahealth commits to follow up within 20 business days on at least 95% of the claims that have remained outstanding past our standard waiting period, that is, after an Alarm has been triggered.

➢ **3.6 (Working the A/R) Claim Tracking Minimum Service Commitment.** The first sentence has been revised to read as follows: athenahealth commits to follow up within 20 business days on at least 95% of the claims that have remained outstanding past our standard waiting period, that is, after an Alarm has been triggered.

## Q1 2011

➢ **1.2 athenaNet Uptime Minimum Service Commitment (MSC).** You can't see patients if athenaNet isn't there, and we wouldn't be in business, if you couldn't see patients. We are so confident in our ability to keep athenaNet up and running that we will credit you 1% of your Service Fee for every 0.1% of availability we fall below 99.7% in a month, up to a maximum of 20% of that month's Service Fee when taken in combination with any other credits. athenaNet's hours of operation are from 6:00 a.m. to 1:00 a.m. Eastern time, 365 days per year. That doesn't mean athenaNet isn't available from 1:00 to 6:00 a.m. In fact, athenaNet is usually available 24/7 except for one day every month, when we update the software, and most Mondays, when we perform routine maintenance. If we need to take the system down for maintenance, we will do all work within the 1:00 to 6:00 a.m. window, and post a notice in the "Service Alert" section of the athenaNetwork homepage.

➢ **1.2 (The athenaNet System) No charge for upgrades.** The second sentence has been revised to read as follows: Global rules are released daily or weekly, and major new features and functions are released as often as every other month.

➢ **1.2 (The athenaNet System) Data redundancy.** The first sentence has been revised to read as follows: athenahealth backs up your data continuously to a redundant infrastructure to a remote facility.

➢ **1.3 (The athenaNet System) Data copies.** The sixth sentence has been revised to read as follows: We will charge you an additional fee, unless you have notified us that you intend to terminate the relationship, in which case the final set is complementary (just to prove we don't have any hard feelings).

➢ **3.2 (Seeing Patients) Coding reference materials.** This section has been revised to read as follows: Coding reference materials are available in athenaNet, provided by our partner, MedAssets.

➢ **3.3 (Sending claims and statements) Claim Forwarding Minimum Service Commitment.** The first sentence has been revised to read as follows: athenahealth will submit at least 95% of your primary and secondary claims within three business days of their entering DROP status, or we will credit you 2% of that month's invoice for every 1% we fall below 95%. There are rare occasions, outlined below, when claims are exempted from this commitment. This sentence has been added after the second sentence: athenahealth does not submit tertiary claims.

➢ **3.3 (Sending claims and statements) Claim attachments.** The "Secondary Attachments" paragraph has been replaced with the following: athenahealth will automatically submit claim attachments on primary and secondary claim submissions, If it is a secondary claim submission, athenahealth will automatically include the primary remittance.



- **3.3 (Sending claims and statements) Institutional claims.** The fourth sentence was revised to read as follows: Primary institutional claims are sent on paper. We send claims electronically to Medicare A and a few commercial payers.

- **3.3 (Sending claims and statements) Medicare A testing period.** The second sentence has been revised to read as follows: Because we cannot log into Medicare's system as you, you will need to notify us if there are denials related to claim formatting.

- **3.3 (Sending claims and statements) Claim acknowledgement.** The third sentence has been revised to read as follows: If we expect to receive an acknowledgement and do not, we will contact the payer or intermediary to request one. Not all payers or intermediaries provide acknowledgement reports, so claim acknowledgements will not be available for a subset of payers.

- **3.4 (Receiving and processing payments) Included U.S. Bank services.** This section has been revised to include the following: Creation and maintenance of US Bank Daily Statement.

- **3.5 (Posting payments to charges) Payment and detail routing.** The third sentence has been removed.

- **3.5 (Posting payments to charges) Corporate Billing.** The first sentence has been revised to read as follows: athenahealth will post payments from corporations, but we need an allowable schedule from you if you have negotiated a discounted rate.

- **3.5 (Posting payments to charges) Non-Participating Providers.** The second paragraph, second to last sentence has been revised to include the following: The Non-Participating Providers page is maintained solely by you and must be updated annually.

- **3.5 (Posting payments to charges) Unpostables.** The first sentence has been revised to read as follows: Some things that happen in posting, such as when the payer issues a takeback, or page is missing from an EOB, are handled in what we call "Unpostables." An Unpostable is just what it sounds like: a payment amount athenahealth can't post to a charge on a patient or a claim, and requires additional research.

- **3.5 (Posting payments to charges)** The following fourth and fifth sentences have been removed from this section: Clients have diverse preferences when it comes to handling refunds. If we receive notice of a pending takeback, we will forward that information to you through the correspondence workflow. When we are informed that a takeback has been processed via an EOB, we will post the takeback against the corresponding claim in athenaNet.

- **3.5 (Posting payments to charges)** This section replaces the previous section called "Small-balance automatic adjustments (self-pay or insurance). Self Pay Small-balance automatic adjustments. athenahealth does not automatically adjust small balances. If you want to automatically adjust small balances, please ask your salesperson.

- **3.6 (Working the A/R) Claim Tracking Service.** The fourth sentence has been revised to read as follows: If athenahealth has the ability to independently register your practice using information in your tablespace, we will do so. If not, we'll reach out to you for further assistance.

- **3.6 (Working the A/R) Claim Tracking Minimum Service Commitment.** The first sentence has been revised to read as follows: athenahealth commits to follow up within 20 business days on at least 95% of the claims that have remained outstanding past our standard waiting period, that is, after an Alarm has been triggered.



▶ **3.6 (Working the A/R) Institutional claims.** The first sentence has been revised to read as follows: Medicare A and a small subset of payers require use of a Direct Data Entry (DDE) system for claim tracking.

▶ **3.6 (Working the A/R) Collections agencies.** The second and third sentence have been revised to read as follows:athenahealth maintains established connections with collections agencies and can set you up with one during implementation. If you choose an agency that does not have a established connection with athenahealth, you will be responsible for producing and delivering the data your agency needs.

▶ **3.7 (When does athenahealth stop working a claim or Unpostable?).** The third bullet has been revised to read as follows: The payer has not responded after three attempts to process the claim; these attempts include (but are not limited to) phone calls, web portal usage, written demand letters, and claim resubmissions.

▶ **4. (Co-sourcing) Charge entry.** This section has been revised to include the following addition: Your practice is responsible for entering all charges in athenaNet to bill claims.

## Q3 2010

▶ **3.1 (Setup and Training).** Data imports will be from a single billing system and will consist of one sample import and one final import only.

## Q2 2010

▶ **3.1 (Setup and Training).** On-line implementation will now be available to practices with up to five Billable Practitioners.

▶ **3.3 (Sending Claims and Statements).** athenahealth will being sending statements six days per week and will begin updating patient addresses in athenaNet when a change of address notification is on file with the United States Post Office.

▶ **3.2 (Seeing Patients).** Fees and service details regarding Credit Card Plus (CCP), athenahealth's integrated payment processing and patient collection solution, will be included in all new athenaCollector proposals issued on or after April 1, 2010.

▶ **3.4 (Receiving and Processing Payments).** Payments collected using the Credit Card Plus functionality are recorded in athenaNet and deposited into your athenaMailbox account.

## Q4 2009

▶ **3.3 (Sending Claims and Statements).** To comply with Minnesota Statute § 62J.536, athenahealth will not submit paper claims originating from Minnesota places of services. Also, athenahealth will not force the electronic submission of Minnesota–based paper claims approaching timely filing limits.

▶ **3.7 (When does athenahealth stop working a claim?).** athenahealth tries to contact the payer seven times before considering a charge to be "fully–worked". These attempts include, but are not limited to, phone calls, web portal usage, written demand letters, and claim resubmissions.

## Q3 2009

▶ **1. (The athenaNet System).** Contact your salesperson for additional information about the non–service aspects of athenaNet.

athenaCollector® Service



▷ **3.3 (Sending Claims and Statements).** athenahealth mails all Worker's Compensation (WC) and Motor Vehicle Administration (MVA) claims using the USPS Intelligent Mail barcode technology.

▷ **3.6 (Working the A/R).** athenahealth will process appeals for non–participating providers if the appeal is related to an adjudication error on the part of the payer. We do not prepare appeals for non–par providers if the appeal is based on under–payment or the provider's non–par status, as appeal rights for under payment and participating status situations rest with the patient and not with the provider.

## May 2009 – June 2009

▷ **3.4 (Receiving and Processing Payments).** If you use Mailbox services, electronic funds transfer (EFT) will be the default payment method and electronic remittance advice (ERA) will be the default remittance detail method. If you bill under a shared Tax ID, your default payment and remittance detail methods may be check and paper EOB, respectively.

## Q2 2009

▷ **3.1 (Set-up and Training).** athenahealth does not allow you to create claims in athenaNet prior to Go-Live.

▷ **3.1 (Set-up and Training).** Enhanced the Department Add–On definition and described the types of professional services that may accompany a Department Add–On. Practices planning a change that falls under the Department Add–On definition are required to contact their Account Manager, as some Department Add–Ons may affect service fees and require a contract amendment.

▷ **3.2 (Seeing Patients).** ReminderCall, athenahealth's automated appointment and reminder service, will be included in all new athenaCollector proposals issued on or after April 1, 2009.

▷ **3.2 (Seeing Patients).** Prior dates of service are now referred to as Older Claims. By entering Older Claims into athenaNet, you are warranting to athenahealth that the Older Claims meet certain criteria. Older Claims will negatively impact practice performance metrics, and Minimum Service Commitments and remedies do not apply to Older Claims.

▷ **3.4 (Receiving and Processing Payments).** If you discontinue your Mailbox service, you are responsible for filing a pay-to address change with your payers.

▷ **3.5 (Posting Payments to Charges).** If athenaNet fails to match a payment to a charge, athenahealth will attempt to manually match that payment. If athenahealth cannot manually match the payment, we will ask you determine if the payment belongs in athenaNet or to your practice.

## Q1 2009

▷ **2. (Knowledge is captured in rules).** Added "Posting Rules" to the list of rule scopes/types.

▷ **3.3 (Sending Claims and Statements) and 3.6 (Working the A/R).** athenahealth determines whether or not payers are corporate, legal, or contract payers.

▷ **3.5 (Posting Payments to Charges).** If a paper EOB is received without a paper check, athenahealth will contact the payer to request proof of payment.

athenaCollector® Service                                          

## Q4 2008

▷ **3. (Co-sourcing on the athenaCollector Service).** Removed "Boston" from the description of the athenaMailbox P.O. Box as the P.O. Box may be located in either Boston or Belfast, ME.

▷ **3.4 (Receiving and Processing Payments).** Removed suggestion to deposit Time-of-Service Payments into athenaMailbox U.S. Bank account(s).

## Q3 2008

▷ **First quarterly edition of the Service Description.** Going forward, new editions of the Service Description will be published on the first business days of January, April, July, and October.

▷ **1.2 (No Charge for Upgrades).** There are no fees for software licenses or upgrades.

## June 2008

▷ **3.3.** WC/MVA paper-claim batches smaller than $1,000 are sent via regular mail.

▷ **3.4.** Added details about what to expect should you discontinue your athenaMailbox service.

## May 2008

▷ **1.2 (Major system maintenance).** athenahealth will exercise its option to perform major system maintenance on Saturday nights only when absolutely necessary and will give clients as much notice as possible.

▷ **1.2 (athenaNet Emergency Edition).** If there were ever an incident so severe that all clients needed to use Emergency Edition at the same time, it could take up to 15 minutes to gain access.

Notes:

-No Interface fees are included in this proposal. Interface fees will be as follows and contracted for separately.

- G/L Report Interface ($1,800 one time development fee and $30 per month maintenance fee per report)
- Lab Results – $0 one time development fee and $0 per month maintenance fee
- Radiology Results - $0 one time development fee and $0 per month maintenance fee
- PACS Interface- $0 one time development fee and $0 per month maintenance fee

---

-With respect to the Service Fee and Service Fee Cap referenced above, by way of example, if Client's monthly Collections were $100,000, the Client's monthly invoice would reflect its base service rate at ($100,000 x 6.39%= $6,390) plus its number of Closed-Loop Orders per month x $1.00 (the "Base Fee"). To the extent that this amount exceeds the cap service rate ($100,000 x 6.64% =$6,640) (the "Capped Fee"), then the monthly service fee would be equal to the lesser of the Base Fee or the Capped Fee.   With respect to the foregoing example, for that month Client would need to create more than 250 billable orders in athenaNet before reaching the Service Fee Cap.

-The following order types are not applicable to the $1/Closed-Loop Order Charge: Client-owned in-house labs and in-house radiology Orders.

-Please note that the Implementation Fee is waived. Athena requires a deposit of $116,375 at signing in order to honor this waiver. Athena will refund the full Deposit amount referenced above in the form of a credit or series of credits applied prospectively to Client's invoices contingent upon Client's Go-Live Date occurring within the implementation timeline agreed upon by the Parties.

-The fee for Provider Add-Ons shall be waived during the term of the Agreement.

-Current Service Fees are calculated using Collections per claim of $109.66.

-Service Fee applicable to Collector is 4.00%.

-Service Fee reflects a Shared Tax ID, and due to the Shared Tax ID, the Service Fee is increased by 0.15% and the Service Fee Cap by 0.12%.

-The Client Minimum Fee for the first three months after Go-Live will be $25,222 for the first month, $36,031 for the second month, and $46,840 for the third month.  Starting in the fourth month after Go-Live, the Client Minimum Fee shall be as defined in the Proposal under Our Fees.

- For the first month following Go-Live, you will pay the greater of the Client Minimum Fee Per Month or 70% of Service Fee, not to exceed 70% of the Service Fee Cap.  Starting in the second month after Go-Live and thereafter, you will be invoiced monthly and pay the greater of the Client Minimum Fee or Service Fee, not to exceed the Service Fee Cap.
- Closed-Loop Orders sent only to Out-of-Network Providers are subject to the $1 fee referenced above.
- For the athenaCoordinator Core℠ service, you will be charged $1.00 per Order (as defined in the athenaCoordinator Core℠ service description) received from athenaClinicals clients.
- Any work outside of the agreed upon implementation scope and timeline will require a change order and will result in additional fees.
-Credit Card Plus will require the Client to complete an Elavon Merchant Agreement credit application via athenahealth, and applicable Elavon fees for credit card transactions will apply.
-On-line credit card payments via the Patient Portal will require the Client to complete an Elavon Merchant Agreement credit application via athenahealth and applicable Elavon fees for credit card transactions will apply.
-Credit card payments to be collected via Live Operators requires the Client to be live on Credit Card Plus.
athenaOne℠ includes the athenaCollector®, athenaClinicals®, athenaCommunicator® and athenaCoordinator Core℠ services. See the applicable Service Descriptions for more information on standard implementation activities and the process to request additional services.
-To accept this Proposal and enter into a service agreement with athenahealth, you must sign a copy of the "athenahealth Master Services Agreement" that makes reference to the Proposal Number listed above. You can obtain an agreement from your salesperson. We look forward to doing business with you!

# ATHENAHEALTH MASTER SERVICES AGREEMENT

Until accepted by Athena, this form is an offer from Client to Athena to contract on the terms below. After execution by Client and acceptance of this form by Athena, an Athena Senior Vice President will countersign it, and this form will then become effective as a binding agreement as of the date of such countersignature.

**Section 1.** Defined Terms.

**"Agreement"** means this Master Services Agreement, the Exhibit and any Riders attached hereto, the Third Party Terms, each Proposal, and each Service Description.

**"Applicable Law"** means all applicable federal, state, and local laws and regulations, including, without limitation, those relating to kickbacks, fraud and abuse, confidentiality (including HIPAA), Medicaid, or Medicare.

**"Athena"** means athenahealth, Inc. and its subsidiaries, 311 Arsenal St., Watertown, MA 02472; Tel: 617.402.1000; Fax: 617.402.1099.

**"athenaNet"** means the internet-based athenaNet® multi-user platform used to provide athenaNet Services, together with athenaNet Functionality and associated databases.

**"athenaNet Content"** means any data made available by Athena as part of the athenaNet Services and all documents, formats, forms, functions, and screens for organizing or presenting that data.

**"athenaNet Functionality"** means the software functionality of athenaNet that enables system access and use.

**"athenaNet Services"** means the services provided by Athena under this Agreement, including, but not limited to, access to and use of athenaNet by Client and the provision of athenaNet Content and Materials.

**"Authorized Users"** means those users designated by Client on athenaNet control screens who are (i) employees of Client or (ii) other individuals, corporations, or entities that have a valid HIPAA business associate agreement or other agreement with Client and have been granted access to athenaNet by Client in its exercise of reasonable discretion and with respect to which Client has obtained reasonable assurances that they will comply with the access and use terms and the confidentiality terms in this Agreement.

**"Billable Practitioner"** means a physician or licensed or specially trained non-physician who is credentialed with payers, known to Client's organization, and performs health services for Client's customers.

**"Client"** is Children's Hospital Central California (use full legal name)
   Address: 9300 Valley Childrens Pl Madera CA US 93636-8761
   Tel: (559) 353-3000 Fax: (559) 353-5311 Client Tax I.D.: 94-1294954
   E-mail: mgengozian@childrenscentralcal.org

**"Collections"** means all sums received by Client for any health care items or services furnished by Client to patients if such sums are posted in athenaNet or if athenaNet Services have been used to schedule such health care or to bill, track, or follow up on such sums. Collections include, without limitation, co-pays, withhold returns, surplus distributions, bonus payments, incentive program payments, revenue sharing, capitation payments, and other managed care payments. Collections do not include (a) payments for Client administrative services not performed using athenaNet or athenaNet Services and (b) amounts refunded to or taken back by any payer during the term of this Agreement in regard to sums qualified as Collections during that time.

**"Confidential Information"** means information that is disclosed by one Party to the other and that the receiving Party knows is confidential to the disclosing Party or that is of such a nature that someone familiar with the type of business of the disclosing Party would reasonably understand is confidential to it. Without limitation, Confidential Information includes financial and other business information of either Party, athenaNet Functionality, athenaNet Content to the extent provided by Athena, Materials, each Service Description, and business information of Athena. Notwithstanding the foregoing, Confidential Information does not include PHI or information that the receiving Party can demonstrate: (a) is in the public domain or is generally publicly known through no improper action or inaction by the receiving Party; (b) was rightfully in the receiving Party's possession or known by it prior to receipt from the disclosing Party; (c) is rightfully disclosed without restriction to the receiving Party by a third party without violation of obligation to the disclosing Party; or (d) is independently developed for the receiving Party by third parties without use of the Confidential Information of the disclosing Party.

**"Effective Date"** means the date this form is countersigned by Athena.

**"HIPAA"** means the Health Insurance Portability and Accountability Act of 1996, and associated regulations, as they may be amended from time to time.

**"Materials"** means all instructions, manuals, specifications, and training Athena provides in connection with the athenaNet Services.

**"Party"** means Athena or Client. **"Parties"** means Athena and Client.

**"PHI"** means "protected health information" as that term is used under HIPAA. **"Client PHI"** means PHI that Athena receives from or on behalf of Client or creates on behalf of Client.

**"Privacy Rule"** means the privacy standards in 45 C.F.R. Part 160 and Part 164, subparts A and E.

**"Proposal"** means Athena Proposal # O-2266984-8 (must indicate unique identifier) and each Athena Proposal entered into by the Parties after the Effective Date and incorporated herein by reference.

**"Rider"** means each document listed as follows: N/A.

**"Security Rule"** means the Security Standards in 45 C.F.R. Part 160 and Part 164, subparts A and C.

**"Service Description"** means each document periodically updated by Athena and incorporated herein that contains a description of any of the athenaNet Services.

**"Third Party Items"** means the third party products and services incorporated into athenaNet and sublicensed to Client hereunder.

**"Third Party Terms"** means the third party pass-through terms and conditions set forth at http://www.athenahealth.com/tpt and incorporated by reference herein pursuant to which the Third Party Items are sublicensed to Client.

**Section 2. Athena Services and Payment.**

(a)  Athena will provide the athenaNet Services as described in each applicable Service Description. The Parties agree to perform their respective obligations as set forth in this Agreement.

(b)  Client will pay Athena the fees and expenses as set forth in each Proposal. Athena may, at its option, impose a late charge of 1½% per month on all amounts overdue beyond 10 days, but this charge will not waive or extend any obligation of Client to make payments when due.

**Section 3. Term and Termination.**

(a)  This Agreement will have a term of one year from the Effective Date, and will be automatically extended for additional consecutive one-year terms unless either Party notifies the other Party no less than 90 days prior to the renewal date that it is terminating this Agreement at the end of the then current term.

(b)  Either Party may terminate this Agreement or any of the athenaNet Services at any time, with or without cause, by providing the other Party with no less than 90 days prior written notice.

(c)  Either Party may terminate this Agreement effective upon notice to the other if (i) the other Party defaults in performance of any material provision of this Agreement, and such default is not cured within a period of 30 days after written notice describing the specific default (10 days in the event of failure to pay amounts owed); (ii) voluntary or involuntary proceedings are commenced for the bankruptcy, receivership, insolvency, winding up, or dissolution of the other Party or for the assignment of such Party's assets for the benefit of creditors; or (iii) any right of the other Party under this

Agreement becomes subject to any levy, seizure, assignment, application, or sale for or by any creditor or governmental agency.

(d) Athena may terminate this Agreement effective upon notice if Client violates the System and Service Access and Use provisions hereunder.

(e) If Athena determines that any material Client information (including, but not limited to, Client size, type, specialty, configuration, annual volume of Client claims, or annual fee for service collections) is materially inaccurate, incomplete, or varies from the information actually recorded in athenaNet by at least 15%, then Athena may require Client to agree to additional or alternative terms or pricing. If the Parties cannot reach mutual agreement after good faith discussion as to such alternative terms or pricing, Athena may terminate this Agreement upon 30 days notice to Client.

(f) Client may terminate this Agreement upon 15 days notice to Athena if any revision by Athena of a Service Description materially and adversely affects the service that it receives, provided that such notice must be provided within 60 days after Client is first informed of such revision.

(g) Upon expiration or termination of this Agreement or any athenaNet Service, Client will immediately pay to Athena all amounts due hereunder for all services rendered through the date of termination.

**Section 4. System and Service Access and Use.**

(a) Access to athenaNet is provided solely to facilitate access to athenaNet Services. Client access to athenaNet is on a limited, non-exclusive, non-transferable basis only during the term of this Agreement. Client agrees that it will access athenaNet only (i) through its Authorized Users acting within the scope of their service for Client; (ii) on Athena's servers as authorized by Athena; (iii) for the internal use of Client; and (iv) from and within the United States. Client will not split patient service related billing and billing-related office workflow between different billing systems unless Client (i) uses a different tax identification number for claims submitted through a different billing system or (ii) agrees to use Athena's mixed remittance process with respect to such claims.

(b) Client will ensure that each Authorized User will comply with this Agreement as well as Applicable Law. Client will terminate any Authorized User's access to athenaNet (i) when an Authorized User ceases to perform work on behalf of Client or (ii) if an Authorized User breaches any term of this Agreement. Client is responsible for all acts and omissions of any Authorized User in connection with that Authorized User's access and use of athenaNet. Athena reserves the right to restrict or terminate an Authorized User's access to athenaNet if Athena determines in its reasonable discretion that such access has an adverse effect on Athena, including, without limitation, with respect to Athena's business or athenaNet.

(c) Client will not (i) access or use athenaNet in connection with provision of any services to third parties (except the provision of health services by Client to its own patients); (ii) resell, lease, encumber, copy, distribute, publish, exhibit, or transmit athenaNet to any third party; (iii) derive specifications from, reverse engineer, reverse compile, disassemble, translate, record, or create derivative works based on athenaNet or any content contained therein; (iv) use athenaNet in a manner that delays, impairs, or interferes with system functionality for others or that compromises the security or integrity of any data, equipment, software, or system input or output; (v) enter data in athenaNet that is threatening, harmful, lewd, offensive, defamatory, or that injures or infringes the rights of others; (vi) apply systems to extract or modify information in athenaNet using technology or methods such as those commonly referred to as "web scraping," "data scraping," or "screen scraping"; or (vii) use the athenaNet Services or any part or aspect of them for any unlawful purpose or to mislead or harass anyone. Use of or access to athenaNet not in accordance with the terms in this Agreement is strictly prohibited. Permission to access or use athenaNet may be limited or suspended immediately in Athena's discretion if the terms of this Section 4 are violated. Client agrees that such violation would cause Athena irreparable and immediate harm and that Athena is entitled to injunctive relief to prevent such violation.

**Section 5. Confidential Information.** Each Party will take reasonable steps and exercise reasonable care to hold any Confidential Information in confidence and not to use it or disclose it to any other person or entity, except (i) as permitted under this Agreement or as reasonably necessary for the performance or enforcement of this Agreement; (ii) as agreed in writing by the other Party; (iii) for the Party's proper management and administration (provided that it obtains reasonable assurances from all recipients that the information will be kept confidential and used only for the purpose of its disclosure); or (iv) as required by law. The Parties will also comply with the terms set forth on Exhibit A hereto.

**Section 6. Usage and Ownership.** Except for the right to use the athenaNet Services subject to the terms and conditions contained herein, this Agreement does not confer on Client a license in, ownership of, or interest in the athenaNet Services. Athena developed athenaNet exclusively at its private expense. Client agrees that athenaNet, the athenaNet Services, and all right, title, and interest in and to any aspect of them and all edits, improvements, additions, modifications, and derivative works prepared from or relating to them are and will remain the exclusive property of Athena. Athena will have the unrestricted and permanent right to use and implement all ideas, advice, recommendations, or proposals of Client with respect to the athenaNet Services in any manner and in any media.

**Section 7. Compliance.**

(a) Each Party will comply with Applicable Law.

(b) The Parties acknowledge and agree that (i) any fees charged or amounts paid hereunder are not intended, nor will they be construed to be, an inducement or payment for referral of patients among Athena, Client, or any third party and (ii) they will not enter into any agreements, or otherwise make any payments, for the purpose of rewarding the referral of patients among Athena, Client, or any third party.

(c) The Parties will each separately maintain effective compliance programs consistent with the relevant compliance guidelines set forth by the Office of the Inspector General of the Department of Health and Human Services. The Parties will cooperate with each other to provide accurate and full responses to any material inquiry or concern of either Party related to compliance and to any reasonable request by either Party for clarification, documentation, or further information concerning Client billing or Client's provision of, or referrals related to, health services for its patients.

(d) Client warrants to Athena on a continuing basis throughout the term of this Agreement that Client will not bill or claim payment in any form, directly or indirectly, from any government health care program or other third-party payer for the cost of any athenaNet Services, including, without limitation, on a government cost report.

(e) No payment to or receivable of Client or any Billable Practitioner is assigned to Athena, and Athena is not the beneficiary of any such payment or receivable. All such payments and receivables (including, but not limited to, checks and electronic fund transfers) will be payable to Client or the Billable Practitioner and will remain the property of Client or the Billable Practitioner. Athena will not endorse or sign any such check or instrument. Any lockbox or other account into which Client payments or receivables are deposited will remain in the name of, and under the sole ownership and control of, Client or the Billable Practitioner and subject only to the instructions of Client or the Billable Practitioner. Athena will not be a signatory on or have any power to transfer or withdraw from any account into which Client or Billable Practitioner payments or receivables from any federally funded program are deposited.

(f) Each Party warrants that neither it nor any of its personnel to its knowledge (i) has been convicted of any crime arising from claims

or other transactions, financial relationships, or financial dealings in connection with health care or (ii) has been excluded from any federal or state health care program. Client warrants to Athena that it and its Billable Practitioners are and will be duly licensed and authorized to provide and bill for the health services that they render.

(g) Client must verify the accuracy, completeness, and appropriateness of all information entered into or selected in athenaNet, including information from third-party functionality, before such information is utilized. Client acknowledges and agrees that the professional duty to treat the patient lies solely with Client, and use of information contained in or entered into athenaNet, or provided through the athenaNet Services, in no way replaces or substitutes for the professional judgment or skill of such entity or provider. Client is responsible and liable for the treatment of patients as to whom Client and its personnel access or use the athenaNet Services, including responsibility for personal injury or loss of life. Client represents and warrants to Athena that all data it provides to Athena or that it selects in athenaNet, including, but not limited to, codes and practitioner identifiers, are accurate and in conformity with all legal requirements, its medical records appropriately support all codes that it enters, selects or approves, it and its personnel are duly authorized to enter and access such data, and Athena is duly authorized to receive, use, and disclose such data subject to the terms of this Agreement. Athena is not a health plan or healthcare provider and it cannot and does not independently review or verify for medical accuracy or completeness the medical information entered into, or made available to it in, athenaNet. Use of and access to the athenaNet Services, including, but not limited to, clinical information in athenaNet, is at the sole risk and responsibility of Client and any practitioner or health care provider or facility using data provided by Athena as part of the athenaNet Services. Athena shall not be liable for any action or inaction of Client which may give rise to liability under the False Claims Act.

### Section 8. Warranties and Limitations.

(a) *Non-Infringement.* Athena warrants to Client that athenaNet Functionality, when used properly and as expressly authorized by Athena, (i) contains no code, virus, or other mechanism to disable, adversely affect, harm, or grant access or use not permitted by this Agreement to any Client data or to any equipment approved in writing by Athena for use with athenaNet and (ii) does not infringe on or misappropriate any valid and registered patent, registered copyright, or other registered intellectual property right under laws of the United States, provided that Athena makes no warranty to the extent that such infringement or misappropriation results from (A) use or access of athenaNet by Client in combination with any data, software, or equipment provided by Client or any third party that could have been avoided by use or access of athenaNet without such data, software, or equipment or (B) any breach of any agreement by, or any negligent or other wrongful act or omission of, any third party or Client.

(b) *Minimum Service Commitments.* Athena warrants to Client that the athenaNet Services will substantially conform to the Minimum Service Commitments designated and described in the applicable Service Description. Client will promptly review all Minimum Service Commitments reports provided by Athena which will be deemed binding on Client unless Client notifies Athena of its disagreement with any such report within 90 days of Client's receipt of the report.

(c)  EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN, ATHENA UNDERTAKES NO OBLIGATION TO PROVIDE ERROR-FREE OR FAULT-FREE ITEMS OR SERVICES. TO THE EXTENT PERMITTED BY LAW, THE ATHENANET SERVICES ARE PROVIDED "AS IS" WITH ALL FAULTS AND DEFECTS. EXCEPT AS EXPRESSLY PROVIDED HEREIN, ATHENA DISCLAIMS ALL REPRESENTATIONS AND WARRANTIES OF ANY KIND OR NATURE, EXPRESS OR IMPLIED (EITHER IN FACT OR BY OPERATION OF LAW), WITH RESPECT TO ANY SERVICE OR ITEM PROVIDED HEREUNDER, INCLUDING, BUT NOT LIMITED

TO, ANY WARRANTY OF MERCHANTABILITY, TITLE, DESIGN, INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE AND ANY WARRANTY ARISING FROM CONDUCT, COURSE OF DEALING, CUSTOM, OR USAGE IN TRADE.

(d)  No claim against Athena of any kind under any circumstances will be filed more than one year after Client knows, or in the exercise of reasonable care could know of, such claim, or an act or omission of Athena that would give rise to such claim.

(e)  The remedy of a credit as set forth with respect to any Minimum Service Commitment in the applicable Service Description will be the sole and exclusive remedy for the acts or omissions of Athena relating to the performance of that Minimum Service Commitment. Notwithstanding any provision in this Agreement to the contrary, the combined aggregate credit remedy with respect to all Minimum Service Commitments on account of any month is limited to a maximum of 20% of the monthly service fee (as defined in the applicable Service Description) for that month.

(f)  Athena's cumulative, aggregate liability in connection with or arising in any way or in any degree from this Agreement, from the athenaNet Services, or otherwise from the acts or omissions of Athena under any and all legal theories will not exceed the lesser of (i) $500,000 or (ii) the total amount paid by Client to Athena in the 12 months before such claim arose. If damages are measured by the cost of medical services provided or the dollar value of claims submitted, Athena's liability for such damages will not exceed the service fees attributable to such services or claims. Athena will not be liable for and will not incur any credit or remedy against it for failure to provide services or functionality with respect to any claim, statement, or transaction that it believes in good faith contains inaccurate, misleading, or otherwise improper information. NOTWITHSTANDING ANYTHING TO THE CONTRARY, ATHENA WILL NOT BE LIABLE UNDER ANY LEGAL THEORY FOR INDIRECT, EXEMPLARY, PUNITIVE, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OR LOSSES; LOST PROFITS OR BUSINESS OPPORTUNITIES; OR THE COST OF PROCUREMENT OF SUBSTITUTE ITEMS OR SERVICES. Client hereby acknowledges that the remedies set forth above are reasonable and will not fail of their essential purpose.

### Section 9. Sublicensed Intellectual Property.
As applicable in connection with the athenaNet Services, Athena hereby grants to Client a limited, non-exclusive, non-transferable, non-sublicensable and royalty-free sublicense to the Third Party Items subject to the Third Party Terms. Athena reserves the right to modify the Third Party Terms in the event Athena adds or replaces Third Party Items or as required in connection with changes to the third party license agreements for the Third Party Items. Athena agrees to use commercially reasonable efforts to post the current Third Party Terms on athenaNet and notify Client through an alert on athenaNet when Athena has posted revised Third Party Terms. The Third Party Items will not be deemed part of athenaNet, athenaNet Content, athenaNet Functionality or the athenaNet Services. All sublicenses granted hereunder are solely for Client's use in connection with the athenaNet Services and will terminate on the earlier of expiration or termination of (a) this Agreement or (b) the applicable agreement between Athena and the licensor of the Third Party Items.

### Section 10. Force Majeure.
No failure, delay, or default in performance of any obligation under this Agreement (other than payment obligations) will constitute a breach of this Agreement if it is caused by strike, fire, shortage of materials, act of a public authority, civil disorder, riot, vandalism, war, severe weather, natural disaster or other act of God; terrorism; or other cause that is beyond the reasonable control of the Party otherwise chargeable, for so long as such cause continues and for a reasonable period of time thereafter.

### Section 11. Mediation.
The Parties agree to submit all claims or controversies arising out of or relating to this Agreement to mediation in Boston, Massachusetts, in accordance with the American Health Lawyers Association (AHLA) Alternative Dispute Resolution Service Rules of Procedure for Mediation. Such

mediation must be initiated by notifying the other Party of written demand for mediation and notifying the AHLA Alternative Dispute Resolution Service. The Parties will equally share the costs of the mediation. If the dispute is not resolved by mediation within 60 days, the Party seeking relief will have the right to pursue all remedies available at law. Notwithstanding the foregoing, either Party may (i) terminate this Agreement according to its terms or (ii) seek injunctive relief to prevent irreparable and immediate harm.

**Section 12. Forum, Choice of Law.** This Agreement will be governed by the laws of the Commonwealth of Massachusetts applicable to agreements made and to be performed wholly within Massachusetts, without regard to its conflicts of laws principles. The Federal District Court for the District of Massachusetts or the business litigation section of the state superior court of Massachusetts will be the exclusive venue for any court proceeding between the Parties arising out of, or in connection with, this Agreement. The Parties hereby submit to and consent irrevocably to the jurisdiction of such courts for these purposes.

**Section 13. Notice.** Notice under this Agreement will mean written notification addressed to the individual signing this Agreement at the address listed above that is (i) delivered by hand, (ii) sent by traceable nationwide parcel delivery service, overnight or next business day service, or (iii) sent by certified United States mail. Properly mailed notice will be deemed given 3 days after the date of mailing, and other notice will be deemed made when received. A Party may change its address for notice purposes by providing written notice of such change to the other Party.

**Section 14. Miscellaneous.** This Agreement constitutes the entire agreement between the Parties relating to the athenaNet Services and supersedes all prior agreements, understandings, and representations relating to the athenaNet Services. No change in

this Agreement will be effective or binding unless signed by Client and a duly authorized officer of Athena. Neither Party will assign this Agreement without the written consent of the other, provided that either Party may assign this Agreement with no less than 90 days prior written notice as part of a corporate reorganization, consolidation, merger, change of control with respect to its outstanding stock, or sale of substantially all of its assets, and provided further that the assigning Party and the assignee will remain liable for any unperformed obligations under this Agreement arising prior to the effective date of any such transaction. This Agreement will be binding on the Parties and their successors and permitted assigns. Nothing contained in this Agreement will be construed to create a joint venture, partnership, or like relationship between the Parties, and their relationship is and will remain that of independent Parties to a contractual service relationship. In no event will either Party be liable for the debts or obligations of the other Party. Client may not advertise, market, promote, or publicize in any manner its use of and access of the athenaNet Services without the express written consent of Athena in each instance. Except as explicitly set forth herein, none of the provisions of this Agreement will be for the benefit of or enforceable by any third party. Section titles are for convenience only and will not affect the meaning of this Agreement. No failure by a Party to insist upon the strict performance of any term or condition of this Agreement or to exercise any right or remedy hereunder will constitute a waiver. In connection with the athenaNet Services, a copy of a signed document sent by PDF or telephone fax will be deemed an original in the hands of the recipient. The following portions of this Agreement will survive termination and continue in force: Sections 5, 6, 8(c)-(f), 9, and 11 through 14.

**ATHENAHEALTH, INC.**

By: _____
Name: ~~Jody Diakaway~~
Title: ~~Senior Vice President,~~
Date: ~~Client Services~~
          11/14/12

**CLIENT**

By: _____
Name: Michele Waldron
Title: CFO
Date: 11/1/12

---

**Auto Debit Authorization Form – Please Print Clearly**

The undersigned Client ("Client") hereby authorizes athenahealth, Inc. ("Athena") to initiate debit entries to Client's account indicated below, and the financial institution named below ("Institution") is hereby authorized to debit such account as initiated by Athena. This authorization is for the purpose of fees periodically invoiced under the ATHENAHEALTH MASTER SERVICES AGREEMENT. Client understands that debited amounts may vary, and Client authorizes debits for the full amount due each month. This authorization will remain in full force and effect until certification that Athena has received written notification from Client of its termination and Institution has had a reasonable opportunity to act upon it. Athena may detach this form or exhibit it separately to Institution as necessary.

| Financial Institution Name: | Branch: | Address (Number, Street, City, State, and ZIP): |
|---|---|---|
| Type of Account:<br>☐ Checking<br>☐ Savings | Client Tax ID Number: | Account Number:<br>Routing Number: |

Full Legal Name of Client: Children's Hospital Central California

By: _____ (President, General Partner, Treasurer, or other individual authorized according to the records of the financial institution identified above)
Print Name and Position: _____   Date: _____

**EXHIBIT A TO ATHENAHEALTH MASTER SERVICES AGREEMENT**

**The terms in this Exhibit A will constitute a Business Associate Agreement under HIPAA**

**Article CSD-1. Definitions.** For purposes of this Exhibit A:

(a) "Agreement" shall mean the Master Services Agreement to which this Exhibit A is attached.

(b) "Breach" shall mean an impermissible use or disclosure under the Privacy Rule that compromises the security or privacy of the protected health information such that the use or disclosure poses a significant risk of financial, reputational, or other harm to the affected individual.

(c) "Business Associate" shall have the meaning given such term in 45 C.F.R. §160.103.

(d) "HITECH Act" shall mean the Health Information Technology for Economic and Clinical Health Act (Title XIII of the American Recovery and Reinvestment Act of 2009) and associated regulations, as amended from time to time.

(e) "Unsecured PHI" shall mean PHI that is not rendered unusable, unreadable, or indecipherable to unauthorized individuals through the use of technology or methodology specified by the Department of Health and Human Services ("HHS") pursuant to the HITECH Act and as set forth on the HHS website.

**Article CSD-2. Athena's Duties.** Athena will:

(a) not use or disclose Client PHI except (i) as required or permitted by law, (ii) as permitted under the terms of the Agreement or any permission of Client under the Agreement, or (iii) as incidental under HIPAA to another permitted use or disclosure;

(b) use reasonable and appropriate safeguards to prevent use or disclosure of Client PHI other than as provided in the Agreement;

(c) implement administrative, physical, and technical standards in accordance with the Security Rule to protect the confidentiality, integrity, and availability of Client PHI in electronic form ("EPHI");

(d) not use or disclose Client PHI in a manner that Athena knows would violate the requirements of HIPAA if done by Client;

(e) mitigate, to the extent practicable, any harmful effect of a use or disclosure of Client PHI by Athena that is known to Athena to be in violation of the requirements of the Agreement;

(f) report to Client as soon as practicable and as required by HIPAA and the HITECH Act any known use or disclosure of Client PHI by Athena not as provided by the Agreement and any "Security Incident" with respect to Client EPHI as defined in the Security Rule. Additionally, Athena will notify Client of any Breach of Unsecured PHI, and such notification shall be made without unreasonable delay following the date of discovery to enable Client to comply with the Breach disclosure requirements under the HITECH Act. Athena shall include within such notice identification, to the extent possible, of each individual whose Unsecured PHI has been, or is reasonably believed by Athena to have been, accessed, used, or disclosed through the Breach and any other valuable information known to Athena that Client is required to include in its notice to affected individuals. The reporting requirement set forth hereunder shall include, without limitation, disclosures that Athena is aware of that would need to be included in Client's accounting of disclosures under HIPAA and/or HITECH Act, provided that Athena is required by HIPAA and the HITECH Act as a business associate of Client to include such disclosures;

(g) require any agent, including a subcontractor, under the Agreement to whom Athena provides Client PHI to agree to substantially the same restrictions and conditions with respect to Client PHI and Client EPHI that apply through this Exhibit A to Athena with respect to such PHI;

(h) at the request of Client, provide access to Client PHI in a Designated Record Set to Client or, as properly directed by Client, to an individual in order to meet the requirements under 45 C.F.R. §164.524;

(i) at the request of Client, make any amendment to such Client PHI in a Designated Record Set that Client properly directs or agrees to pursuant to 45 C.F.R. §164.526;

(j) make its internal practices, books and records relating to the use and disclosure of Client PHI available to the Secretary of Health and Human Services for purposes of the Secretary's determination of Client's compliance with HIPAA requirements;

(k) document such disclosures of Client PHI and information related to such disclosures as would be required for Client to respond to a request by an individual for an accounting of disclosures of it in accordance with 45 C.F.R. §164.528; and

(l) provide to Client information collected in accordance with this Article to permit Client to respond to an appropriate request for an accounting of disclosures of Client PHI in accordance with 45 C.F.R. §164.528.

**Article CSD-3. Client's Duties.** Client will:

(a) not request, direct, or cause Athena to use or disclose PHI unless the use or disclosure is in compliance with applicable law relating to the privacy and security of patient data and is the minimum amount necessary for the legitimate purpose of such use or disclosure;

(b) notify Athena of any limitation in its notice of privacy practices in accordance with 45 C.F.R. §164.520, to the extent that such limitation may affect Athena's use or disclosure of Client PHI;

(c) notify Athena of any changes in, or revocation of permission by, an individual to use or disclose Client PHI, to the extent that such changes may affect Athena's use or disclosure of Client PHI; and

(d) notify Athena of any restriction on the use or disclosure of Client PHI that Client has agreed to in accordance with 45 C.F.R. §164.522, to the extent that such restriction may affect Athena's use or disclosure of Client PHI.

**Article CSD-4. Business Associate Permitted Purposes.** Athena's use and disclosure of Client PHI is permitted for the following purposes: (a) to provide the athenaNet Services (including, but not limited to, receipt from and disclosure to payers, patients, vendors, and others in order to provide athenaNet Services); (b) for "payment," "healthcare operations," and "treatment" as defined in HIPAA regulations (including, without limitation, testing and set up of electronic linkages for "payment" transactions); (c) as expressly permitted in the Agreement; (d) as required by law; (e) to provide data aggregation services as permitted by 45 C.F.R. §164.504(e)(2)(i)(B); and (f) for the proper management and administration of Athena, including, without limitation, making and maintaining reasonable business records of transactions in which Athena has participated or athenaNet has been used (including back-up documentation).

**Article CSD-5. Business Associate Disclosures.** To the extent that it discloses Client PHI pursuant to the purpose in Article CSD-4(d) or (f) that is not also for another of the purposes under Article CSD-4, Athena will (a) obtain reasonable assurances from the person or entity to whom the PHI is disclosed that such person or entity will maintain confidentiality of the PHI and not use or further disclose it except as required by law or for the purpose for which it was disclosed to the person or entity and (b) require the person or entity to whom the PHI is disclosed to notify Athena of any instances of which that person or entity is aware in which the confidentiality of such information has been breached.

**Article CSD-6. Business Associate Termination.** Upon termination of the Agreement, Athena will return, destroy, or continue to extend protections to and limit the use and disclosure of Client PHI to the extent required by and in accordance with 45 C.F.R. §164.504(e)(2)(ii)(I), provided that the Parties agree that it is not feasible in light of reasonable business requirements, regulatory compliance requirements, and the rights and obligations under the Agreement for Athena to return or destroy its business records and transaction databases, including, but not limited to, records and databases of transactions for which Client has used athenaNet or in which Athena has engaged on behalf of Client or records and databases that reflect the use of athenaNet and information that Client or Athena has entered in athenaNet in the course of the Agreement to enable or perform athenaNet Services.

**Article CSD-7. Business Associate Default.** Any material default by Athena of its obligations under Articles CSD-2 through CSD-5 will be deemed a default of a material provision of the Agreement, and, if cure of such default and termination of the Agreement are not feasible, Client may report the default to the U.S. Secretary of Health and Human Services.

**Article CSD-8. Athena Business Records.** Subject to the other requirements and limitations of this Exhibit A, the business records of Athena and all other records, electronic or otherwise, created or maintained by Athena in performance of the Agreement will be and remain the property of Athena, even though they may reflect or contain Client PHI, Confidential Business Information of Client, or other information concerning or provided by Client. All de-identified information created by Athena in compliance with the Agreement will belong exclusively to Athena, provided that Client will not hereby be prevented from itself creating and using its own de-identified information.

Amendment to Athenahealth Master Services Agreement

This Amendment to Athenahealth Master Services Agreement (the "Amendment") is entered into by and between athenahealth, Inc., a Delaware corporation with a place of business at 311 Arsenal Street, Watertown, MA 02472 ("Athena") and the Client set forth on the signature line below ("Client") (Athena and Client collectively referred to as the "Parties").

WHEREAS, Athena and Client are entering into or have entered into an Athenahealth Master Services Agreement (the "Agreement") and desire to amend the Agreement as set forth below;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the Parties agree as follows:

1. All defined terms used herein shall have the meanings assigned to them in the Agreement unless otherwise defined herein.

2. In Section 1 of the Agreement ("Defined Terms"), the definition of "Agreement" shall be deleted in its entirety and replaced with the following:

    "'Agreement' means this Master Services Agreement, Exhibit A to the Master Services Agreement, any Amendment to the Master Services Agreement entered into by the Parties from time to time, the Third Party Terms, each Proposal, the athenaCollector Service Description, the athenaClinicals Service Description, the athenaCommunicator Service Description, and the athenaCoordinator Core Service Description. To the extent that Client purchases additional athenaNet Services after the date hereof, the Service Description and Proposal associated with such new athenaNet Service shall be deemed incorporated herein by reference."

3. Section 2(b) of the Agreement is hereby deleted in its entirety and replaced with the following:

    "(b)  Client will pay Athena the fees and expenses as set forth in each Proposal; provided, however, that if Client fails to make payment to Athena within seven (7) days of the invoice date, then ten (10) days after such due date, Athena shall have the rightto impose a late charge of 1½% per month on all undisputed amounts overdue beyond 10 days, but this charge will not waive or extend any obligation of Client to make payments when due."

4. The first sentence of Section 3(a) of the Agreement is hereby deleted in its entirety and replaced with the following:

    "This Agreement will have an initial term of three (3) years from the Effective Date (the "Initial Term"), and at the end of the Initial Term and for each year thereafter, will be automatically extended for additional consecutive one (1) year terms unless either party notifies the other Party

1

no less than 90 days prior to the renewal date that it is terminating this Agreement at the end of the then current term."

5.  Section 3(b) of the Agreement is hereby amended by replacing the number "90" with "180."

6.  Section 3(d) of the Agreement is hereby deleted in its entirety and replaced with the following:

> "(d)   Athena may terminate this Agreement if Client violates the System and Service Access and Use provisions hereunder; provided, however, that, permission to access or use athenaNet will first be suspended or limited upon such violation as set forth in Section 4(b), and provided, further that Athena will notify Client of such suspension as soon as reasonably practicable. Any notice of suspension to Client will constitute a notice of breach under Section 3(c)(i), except that the cure period for such breach will be five (5) days."

7.  Section 3(e) of the Agreement shall be hereby deleted in its entirety and replaced with the following:

> "(e) If Athena determines that any material Client information (including, but not limited to, Client size, type, specialty, configuration, annual volume of Client claims, or annual fee for service collections) is materially inaccurate, incomplete, or varies from the information actually recorded in athenaNet by at least 15% (upwards or downwards) then Athena may require Client to agree to additional or alternative terms or pricing. Athena agrees to cooperate in good faith with Client to mutually agree upon such additional or alternative terms or pricing; provided, however, that if the Parties cannot reach mutual agreement after such good faith discussions, Athena may terminate this Agreement upon sixty (60) days notice to Client and such termination shall be Athena's sole remedy for termination of the Agreement due to the inability of the Parties to agree to revised pricing under this Section 3(e); provided, however, Athena does not waive, and hereby reserves, its other rights and remedies under the Agreement. The Parties hereby agree that Athena shall not perform a review of Client information for the first twelve (12) months following Go-Live. In such review of Client's information, Athena will not utilize Client's data from the first three months following Go-Live and will use Client data containing matched claims."

8.  Section 4(c) is hereby amended by deleting subsection 4(c)(v) in its entirety and inserting the following in lieu thereof: "(v) enter data in athenaNet that is threatening, harmful, lewd, offensive or defamatory;".

9.  Section 4(c) is hereby amended by deleting Section 4(c)(vii) in its entirety and inserting the following in lieu thereof: "(vii) use the athenaNet Services or any part or aspect of them for any unlawful purpose or to knowingly harass anyone."

10. Section 8(c) of the Agreement is hereby amended by deleting the first and second sentence in such section and inserting the following in lieu thereof:

"EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN, ATHENA UNDERTAKES NO OBLIGATION TO PROVIDE ERROR-FREE OR FAULT-FREE ITEMS OR SERVICES.  WITHOUT NEGATING THE EXPRESS WARRANTIES SET FORTH HEREIN AND TO THE EXTENT PERMITTED BY LAW, THE ATHENANET SERVICES ARE PROVIDED "AS IS" WITH ALL FAULTS AND DEFECTS."

11. Section 8(d) of the Agreement shall be amended by replacing the reference to "one year" with "two years."

12. Section 8(f) of the Agreement shall be amended by replacing the reference to "lesser" with "greater."

13. Section 11 of the Agreement shall be amended by deleting the phrase "in Boston, Massachusetts."

14. Section 12 of the Agreement shall be deleted in its entirety and replaced with the following:

"Section 12. Forum.   The applicable Federal District Court for the state in which the Party named as Defendant will be the exclusive venue for any court proceeding between the Parties arising out of, or in connection with, this Agreement.  The Parties hereby submit to and consent irrevocably to the jurisdiction of such courts for these purposes. Each Party covenants and agrees that it shall not seek to add, name, join, implead, or otherwise seek redress against any third party in connection with any such court proceeding that would have the effect of destroying the jurisdiction of such Court with respect to diversity of citizenship pursuant to 28 USC § 1332, and will pursue any claims against such third parties in separate legal actions."

15. The "Auto Debit Authorization Form" contained in the Agreement is hereby deleted in its entirety.

16. The Parties agree that with respect to the provision of athenaCollector Services only, Client is entering into this Agreement on behalf of Specialty Medical Group Central California; accordingly, this Agreement and the AthenaCollector Services provided hereunder are applicable to Specialty Medical Group Central California and its associated tax identification number only.

17. For the Initial Term, Athena agrees not to increase (i) the Service Fee and (ii)the additional fees set forth on Addendum A attached hereto.

18. The Service Fee shall not be applicable to payments received by Client for claims that were submitted by Client's prior billing service prior to Go-Live.

19. For the first twelve (12) months following Go-Live, to the extent that Client receives Medicaid Meaningful Use Phase 1 payments from the State of California (collectively, "Phase 1 Payments"), Client shall have the right to request an invoice credit for the amount of the Service Fees assessed against such Phase 1

Payments and upon such request, Athena shall issue Client an invoice credit to be applied prospectively to Client's next monthly invoice.

20. All Client data entered into athenaNet shall at all times remain owned by Client. Upon any termination of the Agreement, Athena shall provide Client with a copy of its data in the format typically provided by Athena to its clients.

21. In the event that the athenaCoordinator Core Service fee of $1.00 per order is materially increased by Athena, upon Client's request Athena shall provide to Client a copy of its fair market value analysis documentation with respect to such price increase.

22. Athena shall use commercially reasonable efforts to (i) scope and build laboratory and radiology results interfaces to Client's Meditech Information System that shall enable laboratory and radiology results to be sent by Meditech directly into athenaClinicals, and (ii) facilitate the automatic and secure electronic data transfer to Meditech of all Client's facility and technical charges that are captured in athenaNet but cannot be billed through athenaCollector, in a mutually agreed upon format consistent with Athena's current methods of electronically transferring athenaNet data to third parties.

23. With respect to Client to hospitals Orders Integration and Results Delivery interfaces, the following shall apply:

This component consists of two major elements:
1.      Lab and radiology results interfaces
2.      Lab and radiology order interfaces

HL7 result interfaces are available now from athena and will be delivered according to the timeline mutually agreed upon by the Parties.

Currently, Athena delivers outbound lab and radiology orders via fax directly from athenaNet. A standard offering for discrete electronic orders that will be generally available for all clients is on the 2013 product plan.

24. Athena agrees that in the event of a termination of the Agreement (except if such termination arises from an uncured breach of the System Access and Use provisions hereunder), Athena shall offer Client its usual and customary wind-down services substantially in accordance with the terms set forth in Addendum B hereto. The Parties agree to negotiate in good faith to mutually agree upon a rate for such wind-down services provided to Client by Athena.

25. The Parties hereby agree that the scanners currently owned by Client shall be supported scanners for purposes of card scanning into athenaNet, provided that such scanners are compatible with ScanSharp Version 6.0; and provided, further, that it shall be Client's responsibility (i) to confirm that its hardware is compatible with ScanSharp Version 6.0, and (ii) to purchase certain software (ScanSharp Version 6.0) in order for such scanners to be compatible with Athena's card scanning functionality.

26. Except as expressly amended herein, the Agreement is hereby confirmed and remains in full force and effect. To the extent of any conflict between the terms of this Amendment and those of the Agreement as in effect immediately prior to amendment hereby, the terms of this Amendment shall control. This Amendment may be executed in several counterparts, all of which taken together shall constitute one single agreement between the Parties.

[Signature Page to Follow]

IN WITNESS WHEREOF, the Parties hereto have executed this Amendment to be effective as of the date executed by Athena below.


ATHENAHEALTH, INC.

By: _____
Name:
Title:           Jody Blakeway
Date:            Senior Vice President,
                 Client Services

                 11/14/12


Client Name: **Children's Hospital Central California**

By: _____
Name: Michele Waldron
Title: CFO
Date:    11/1/12


6

## ADDENDUM A

### Additional Fees

**Provider Add Fees**                    **Waived in this Agreement**

**Custom Reports**                       **$175/hr (with $875 minimum fee)**

**Data Export**                          **$250 per occurrence**

**(Data Export is intended for import into another system (unsuitable for viewing only).  The export includes all patient demographic, appointment, insurance and transaction information as well as practice set-up data.  It represents the full set of a practice's data, excluding data that does not belong exclusively to the requesting practice (i.e., clearinghouse reports), data that has no meaning outside of athenaNet (i.e., provider group/department mappings) and data in local claim rule tables.  This export is provided in CSV format.**
**Note:  No charge for the first copy of the data export for a client leaving athenahealth services.)**

**Data Import**                          **$500 per import**
**(Data Imports includes, but is not limited to, Patient Demograpics, Appointments, Referring Providers, and Appointment Ticklers.  Each item would be considered one import.)**

**Training**

    -                 **On site       $1,500 full day**
                                         **$1,000 half day**

    -                 **Webex$175 per hour**

In addition to the rates listed on this Addendum A, travel expenses shall be charged for any on-site services provided by Athena.

Addendum B

WIND DOWN SERVICES

(a)     The Parties agree that the Agreement will terminate on_____.  In order to provide for the orderly transition of Client from the services under the Agreement, during the period from _____ the ("Wind Down Date") to _____ (the "Wind Down Period") the obligations and rights of the Parties will be changed as follows:

i.     Athena will permit Client continued access to athenaNet in the same manner and under the same conditions as under the Agreement, provided that such access will be limited to view data and work Client hold buckets with respect to claims with services dates on or before the Wind Down Date;

ii.     Athena will continue to provide claims tracking and claims follow-up services;

iii.     Other than such system access and such tracking and follow up, Client will not require, accept or use any other services of Athena, including without limitation, all front-desk functionality, including, but not limited to, scheduling, check-in, check-out, charge entry, claim submission and eligibility checking.

(b)     During the Wind Down Period, Client will pay Athena monthly an amount equal to or less than the Service Fee in effect for Client at the time Client notifies Athena of its intent to purchase Wind Down services.  A fee will be added to the Service Fee for each patient statement mailed in paper format of $0.56 plus the amount of increase, if any in the US Postal Service first class mail rates between May 1, 2009 and the date of mailing.

(c)     No Minimum Service Commitments will apply during the Wind Down Period.

(d)     Notwithstanding any other provision in this Amendment, the obligation of Athena to continue to provide the services as described above during the Wind Down Period will not apply if Client is in default or breach of the Agreement or has failed to perform or comply with a material obligation, restriction or limitation of the Agreement; and, neither Party hereby waives any right that it would otherwise have with regard to any default or breach of the other.

(e)     During the Wind Down Period, Client agrees to be bound by all obligations, restrictions and limitations in the Agreement with respect to access to athenaNet and with respect to any rights in connection therewith that were applicable prior to the termination date, and both Parties agree to be bound by information rights and obligations and the confidentiality and security obligations set forth in the Agreement. Notwithstanding any provision to the contrary, Athena will have all rights with respect to services provided during the Wind Down Period as it has in the Agreement applicable to services before the Wind Down Date.

8

**ATHENAHEALTH**

**CONSULTING SERVICES SUPPLEMENT**

This CONSULTING SERVICES SUPPLEMENT serves as a supplement to the ATHENAHEALTH MASTER SERVICES AGREEMENT between Athena and Client (the "Services Agreement").  Except as otherwise provided in this Supplement, the terms and conditions of the Services Agreement and the respective obligations and limitations of the parties under that agreement will govern the provision of Consulting Services under this Supplement.  The Consulting Services provided under this Supplement will be deemed part of the athenaNet Services, subject to the provisions of this Supplement.

In the event of any conflict or inconsistency between the applicable terms of the Services Agreement and the terms of this Supplement with respect to the Consulting Services described herein, the terms of this Supplement shall govern and control; otherwise, all provisions of the Services Agreement shall remain in full force and effect. Unless otherwise defined below, the capitalized terms used in this Supplement have the meanings given in the Services Agreement.

   Whereas, Athena is in the business of selling Consulting Services in conjunction with the provision of certain services to Client that are enabled and facilitated by athenaNet; and,

   Whereas, Client desires to purchase Athena's Consulting Services.

   Now, therefore, in consideration of the premises, the mutual covenants and promises contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Athena and Client, intending to be legally bound, agree as follows:

1) **Consulting Services**.

   a. Client retains Athena to provide the consulting services and deliverables described in the Proposal attached hereto as <u>Schedule A</u> (the "Consulting Services").

   b. Services outside the scope of the Consulting Services are not included in this Supplement but are instead billable to the Client as additional services. Such additional services include, but are not limited to, the services identified on  an additional service order form to be provided by Athena at Client's request. .

   c. Each party will designate a staff member to act on its behalf as a liaison between Client and Athena and coordinate resources (each a "Consulting Program Manager"). Neither party will delegate or subcontract its Consulting Program Manager obligations under this Supplement.
   d. Nothing in this Supplement shall be construed to require Athena to provide any coding or charge entry services.

2) **Payment Terms**.

   a. Client will pay Athena for the Consulting Services in accordance with the terms set forth in <u>Schedule A</u>. Client shall also pay Athena for reasonable travel and other expenses incurred by Athena in the performance of the Consulting Services.

   b. Client agrees to pay Athena charges for services not included in Consulting Services that are requested by Client (hereinafter "Additional Services") at Athena's regularly-scheduled rates, together with all expenses incurred in connection therewith..

   c. Fees for Consulting Services will be billed to Client monthly.   The fees set forth in <u>Schedule A</u> are in effect and valid as of the Commencement Date.

3)   **Reasonable Assistance**. Client agrees to fully cooperate with Athena and provide all assistance reasonably necessary for Athena to provide the Consulting Services under this Supplement, including any assistance, obligations or requirements set forth in Schedule <u>A</u>. Client acknowledges that Athena's performance is contingent

on Client's timely and effective performance of its obligations.

Athena agrees toperform the ConsultingServices with reasonable care and diligence and exercise its best efforts to endeavor that the Consulting Services are performed in accordance with Schedule A of this Supplement.

4)   **Required Consents.**  Client shall use all commercially reasonable efforts to obtain, at its cost and expense, prior to the commencement of the Consulting Services, all consents, waivers, and approvals that are necessary to allow Athena to perform the Consulting Services for the Client in accordance with this Supplement, including with respect to software, hardware, operating systems, and all other resources that are owned by, or leased or licensed to, Client and that are to be managed, operated, used, or supported by Athena in performing the Consulting Services in accordance with this Supplement. Without limiting the generality of the preceding sentence, Client represents and warrants that it has and will have throughout the term of this Supplement, all licenses, approvals, consents and authorizations from patients, third party payers, regulatory bodies, governmental authorities or other authorities required or reasonably necessary for performance of the Consulting Services by Athena in compliance with this Supplement and applicable law.

5)    **Indemnification.**  Client hereby indemnifies and holds harmless Athena, its affiliates, successors, assigns, employees, officers and agents from and against all losses, damages, costs and expense (including, without limitation, reasonable attorney's fees) associated with any and all claims, demands, suits proceeding or judgments relating to or resulting from any (i) breach or default by Client of any other third-party license agreements or other intellectual property agreements as a result of the provision of the Consulting Services set forth on Schedule A and any Additional Services agreed upon by the parties, except to the extent such breach or default is caused by Athena's negligent acts as Client's agent with regard to such third party agreements; and (ii) actual or alleged infringement of any patent, copyright, trademark, trade secret or other intellectual property or proprietary right of any third party, to the extent based upon the use of any software, hardware, equipment or other materials, provided or made available to Athena by Client hereunder (except for software products provided or made available to Client by Athena), or any business process or method, or system, either used by Client or that Athena is requested by Client to use or support in connection with Athena's provision of the Consulting Services.  Client's cumulative, aggregate liability in connection with or arising in any way from the indemnification obligations set forth in this Section 5 shall be limited to the total amount paid to Athena by Client for the last 12 months that payments were actually made by Client to Athena for Consulting Services or Additional Services hereunder.

6)   **Relationship of the Parties**.  The parties are, and shall at all times be, independent contractors with respect to one another and with regard to all performance under this Supplement.  Neither party shall have the authority to enter into any agreement, nor to assume any liability, on behalf of the other party, nor to bind or commit the other party in any manner, except as expressly provided herein.  Each party shall have sole responsibility for such party's employees at any given time, including responsibility for the management, supervision, direction, and control of such employees, the payment of all compensation to them and the provision of employee benefits to them.

7)    IN NO EVENT WILL ATHENA BE LIABLE TO CLIENT OR ANY OTHER PERSON OR ENTITY FOR ANY LOST PROFITS, LOST SAVINGS, LOST DATA, OR OTHER SPECIAL, CONSEQUENTIAL OR INCIDENTAL DAMAGES ARISING OUT OF OR RELATING TO THIS CONSULTING SERVICES SUPPLEMENT OR TO ANY PRODUCT OR SERVICE FURNISHED BY ATHENA UNDER THIS SUPPLEMENT OR THE USE THEREOF, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH LOSS OR DAMAGE. THE AGGREGATE, TOTAL LIABILITY OF ATHENA UPON ALL CLAIMS ARISING OUT OF OR RELATING TO THIS CONSULTING SERVICES SUPPLEMENT OR ANY PRODUCT OR SERVICE FURNISHED IN CONNECTION THEREWITH WILL IN NO EVENT EXCEED THE TOTAL OF ALL AMOUNTS PAID TO ATHENA BY CLIENT FOR THE LAST 12 MONTHS THAT PAYMENTS WERE ACTUALLY MADE BY CLIENT TO ATHENA FOR CONSULTING SERVICES OR ADDITIONAL SERVICES HEREUNDER.

8)   **Term and Termination**.  The term of this Supplement will commence upon the date of execution by Athena (the "Commencement Date") and will continue through the earlier of:  (i) the scheduled termination date set forth in

Schedule A, if any, (ii) upon delivery of the deliverable(s) specified in Schedule A, (iii) in accordance with the termination provisions of the Services Agreement, or (iv) upon termination of the Services Agreement.

Client may terminate this Supplement at any time upon thirty (30) days notice in advance to Athena and such termination will not operate to terminate the Master Services Agreement or any other agreement entered into between the parties. Athena will receive payment from for Consulting Services performed up to and including the date of termination, and shall reimburse Client for payments made in advance for Consulting Services not rendered.

9)      **Vendor Access Control.**  If the performance of Consulting Services requires access to Hospital facilities by Athena, its agents or employees, Athena agrees to comply with Client's policies regarding such access. A copy of such policies will be provided to Athena upon request.

10)  **Survival of Covenants**. The termination of this Supplement for any reason shall not affect the continued operation or enforcement of the provisions hereof which by their terms are to survive termination, including without limitation, Sections 2, 4, 5, 6, and 7.

|  | **for athenahealth, Inc.** |  | **for Children's Hospital Central California** |
|---|---|---|---|
| **By:** | _(signature)_ | **By:** | _(signature)_ |
| **Name:** | Evan Grossman | **Name:** | Michele Waldron |
| **Title:** | Vice President, athenaCare | **Title:** | CFO |
| **Date:** | 11/14/12 | **Date:** | 11/1/12 |

3

**SCHEDULE A**
**Consulting Services Proposal – October 18, 2012**

This Schedule is part of the Consulting Services Supplement (the "Supplement") between Athena and Client. Its terms supplement and modify the Supplement, and in the event of any conflict or inconsistency between the Supplement and this Schedule, the terms of this Schedule will govern and control; otherwise, all provisions of the Supplement remain in full force and effect.  The capitalized terms used in this Schedule have the definitions given in the Supplement.

# athenaCare Engagement - Purpose & Overview

The purpose of this engagement is to support Children's Hospital Central California (the Client) in the optimization of its performance relative to athenaClinicals by delivering:

1) Post-live provider optimization and workflow consulting

2) Clinical content support and customization

3) Advanced training, and Certification for the client's EMR staff

4) A block of prepaid remote consulting hours to be used for providers and complex client issues.

These projects and resources are designed to establish a framework for long-term success with athenaClinicals across a broad array of medical specialties and ambulatory settings, validate the Clients athenaClinicals competencies, and to ensure that designated Client personnel are fully prepared to support ongoing *athenaClinicals* system administration, new-user training, and the optimization of workflows and clinical content (templates, order-sets, etc.) for providers and staff.

**The athenaCare team will provide direct, on-site, subject matter expertise to Clients between post-live weeks 2 and 6.** Our athenaCare consultants will work directly with staff and providers to begin to optimize their experiences support on a practice by practice and provider-by-provider basis. The goal of this work is to help smooth adoption issues, tweak and refine workflows for particular specialties and situations (i.e. urgent care, office surgery, in-house diagnostic testing, surgical booking, office-based imaging, etc.) and drive behaviors aligned with optimizing athenahealth's unique co-sourcing relationship relative to performance on athenaClinicals.

**The athenaCare Content team will provide support for content customization during the implementation period.** The goal of this work is to ensure that the client's specialties are well supported with robust clinical content, including templates, procedure notes, patient historical sections, requiring customization. This content work will be performed by athenaCare's physician-led content team.

**The athenaCare team will provide training and certification for the client's EMR staff approximately 4-6 weeks post go-live.**  The intent of training is to immerse client designated staff (all of whom will have completed standard implementation training on athenaClinicals) in focused workflow and clinical content training in the client's own tablespace. This training is designed to pick up where implementation training left off, and educate a subset of clinical and administrative staff on advanced workflow support, mastery of *Clinicals* system administration, clinical content (templates, order-sets, etc.) and additional training components. This training, delivered *after* the first Client go-live will also focus on both tips-and-tricks and scenario-based training activities based upon the specific needs of the Client team. Training will be delivered as an instructor led, classroom-based, session at athenahealth's national training center, or at the Client site.

The athenaCare team will reserve a block of discounted remote consulting hours to be used on an as-needed basis. Working in conjunction with your account manager, the athenaCare team will provide remote consulting for any client issues, including but not limited to, provider or clinical staff optimization, refresher training, and support for complex workflows. Providers requiring additional support, training, or assistance will be able to schedule next-day consultations for as little as thirty minutes, up to a four-hour session.

## Pricing

| Item | |
|---|---|
| **Consulting: Post Implementation Optimization (~120 providers)**<br>• Delivered primarily at client locations by athenaCare *Clinicals* Consultants<br><br>    o  Direct "elbow-to-elbow" provider support<br>    o  Advanced Workflow Analysis and content customizations<br>    o  Office staff optimization<br>• **Budget for 4 hours for 25% of providers/practices @ $250/hour**<br>• **Discount (hourly rate after discount -  $187.50)** | **$ 30,000**<br>**(7,500)** |
| **Training and Certification:  Advanced Workflow and Clinical Content**<br>• Three and a half day program<br>• Up to 10 participants<br>• Delivered at client site by athenaCare Certification Training Team<br>    **Discount** | **$ 7,000**<br>**($1,750)** |
| **athenaCare: Clinical Content**<br>• Comprehensive evaluation and customization of Clinical Content<br>  Specialties include: Pediatrics, Pediatric Subspecialties and Surgical<br>  Subspecialties including but not limited to: *Pediatric Endocrinology,*<br>  *ENT, Gastroenterology, Heart Center, Infectious Disease,*<br>  *Metabolism, Nephrology, Neurology, Neurosurgery, Orthopedics,*<br>  *Pediatric Surgery, Physiatry, Plastic Surgery, Pulmonology,*<br>  *Rheumatology, Urology*<br><br>• **Sixteen (16) specialties, 10 hours per specialty @ $175 per hour**<br>• **Discount (hourly rate after discount - $131.25)** | **$ 28,000**<br>**(7,000)** |
| **athenaClinicals Remote Consulting**<br>• athenaClinicals remote consulting support specialist<br>• **Budget one hour per provider @ 125 per hour**<br>• **Discount (hourly rate after discount - $93.75)** | **$ 15,000**<br>**($3,750)** |
| **Total Standard price**<br>**Total Discount - 25%** | **$ 80,000**<br>**($20,000)** |
| **Total**<br>(* Travel and related expenses for work done<br>at client location are not included in total) | **$ 60,000** |

6
**athenaClinicals Custom Support Engagement**

1.   While pricing is budgeted on a per-provider basis, budgeted hours include both on-site and off-site work.
2.   Travel costs and per-diem expenses are not included and will be billed at actual rates as incurred.
3.   If the Client determines that training needs to be performed locally, the Client shall arrange for an off-site location. Additional travel expenses for athenahealth personnel will be incurred.
4.   The engagement fee referenced above will be billed on a monthly basis based on hours delivered each month.
5.   Fees associated with any additional services outside of the scope of this engagement or recommended by the findings of our final assessment will be separately negotiated prior to undertaking any additional work.
6.   The engagement quote above is valid until November 16, 2012.

## Client Requirements

The Client will ensure that key management personnel and designated staff make themselves available for meetings and decision-making as reasonably requested.  The Client's personnel asked to assist with or to complete assigned project tasks will be expected to accept and complete them in a timely manner in order to meet project commitments.

When services are performed on-site, the Client is requested to provide a reasonable office work environment including telephone access and document preparation equipment (printers and copiers). The Client project owners, project team and key staff should plan to be available as needed for interviews and tours during the onsite visit.

Based upon the comprehensive nature of the proposed curriculum, it is expected that all attendees will review and complete all previously missed athenaClinicals eLearning modules. (Beyond formal training, all new hires within the Client organization should be expected to complete the athenaClinicals eLearning modules and begin site-specific assignments only once both eLearning and training are complete.)

## Athena Requirements

Athena shall perform diligently and to the best of its talents, skills and expertise, all of the services which it is required to perform under this Agreement.  Athena shall make no change in the Consulting Services and shall not deviate from the requirements of this Agreement and shall not be entitled to compensation for any Additional Services performed unless Client has approved such additional Services in writing prior to performance.

Agreement of Amendment – Interface

This agreement of amendment (the "Interface Amendment") is entered into as of November 1, 2012 , and amends the terms of the "Athenahealth Master Services Agreement" entered between the Parties hereto as previously amended (the "Agreement"). Except as explicitly amended herein, the Agreement is confirmed; and, it shall remain in full force and effect under its terms as herein amended. Whereas the Parties desire to amend the Agreement in certain respects as set forth below; now, therefore, in consideration of the obligations set forth below and for other good and valuable consideration, the receipt and sufficiency of which each Party hereby acknowledges, the Parties hereby agree to amend the Agreement by adding the following additional terms as follows:

## 1. Interface Development.

Athena will exercise commercially reasonable efforts to build and make available for use by Client certain developments in athenaNet designed to support an interface (the "Interface.")
The Interface will function substantially as outlined in the Scoping Document attached hereto to support the transfer of information between athenaNet and one or more systems accessed by and in the control of Client as identified in the Scoping Document, as further set forth below.

## 2. Fees.

In addition to the amounts otherwise payable by Client to Athena under the Agreement, Client will pay an Interface implementation fee of $24,000.00 , payable as follows: 100% due at Go-Live of Interface and a monthly maintenance fee of $400.00. All such amounts will be included in Athena invoices under the Agreement and will be payable as Athena Fees under the Agreement.

## 3. Termination.

If prior to the Interface going live the Client terminates the Agreement or the terms of this Interface Amendment, or if the Agreement expires, then Client will pay to Athena the lesser of i) the Total Interface Fee or ii) the value of time spent by Athena (at Athena's then standard hourly rates) on development of the Interface and any associated expenses Athena has incurred up to the date of such termination or expiration.

## 4. Client Cooperation.

During the term of the Agreement, Client agrees to provide to Athena at its own expense on a timely basis all information reasonably necessary to aid Athena in the creation and operation of the Interface, to exercise commercially reasonable efforts to cooperate with and support Athena in Athena's development work, and to use commercially reasonable efforts to maintain its own equipment and functionality reasonably necessary to the operation of the Interface.

## 5. Limitations.

(a) The Parties agree that the functionality of the Interface may be limited by practical problems that exceed the commercially reasonable obligations of the Parties and that neither Party will be responsible for failure to expend efforts or resources beyond those commercially reasonable under the circumstances.

(b) The Parties agree that the date on which the Interface will be operational is dependent on timely cooperation between the Parties. No Party will be responsible for the action or inaction of other entities or for events outside of its reasonable control.

## 6. Ownership.

The Interface, all modifications and improvements to them, and all related work, inventions, discoveries, documentation and other tangible, intangible, intellectual or other property created or developed by Athena in connection with this Amendment, and all parts or portions of the same, are and will be the sole property of Athena and will not be considered work for hire. To the extent that the Interface reflects, embodies or contains any property of Client, Client hereby grants to Athena during the term of the Agreement a non-exclusive, prepaid, worldwide, irrevocable and unlimited license to retain, use and exploit such property (including but not limited to derivative works) in any and all media.

7. **Modification**.

Nothing herein will be construed to obligate Athena to redevelop or redesign the Interface in the event that development or modification by vendors of their systems impairs or ends the functionality of the Interface. Athena may charge for any new Interface functionality not specified in this Amendment. As new versions of athenaNet are released, Athena will take reasonable steps to ensure that those new versions do not interfere with the functionality of the Interface.

8. **Client Obligations**.

(a) To the extent any consent or authorization from patients or others as is required by law to permit operation of the Interface is required, then Client will obtain such consent or authorization.

(b) Client will arrange for any licenses or permissions necessary from third parties for development and operation of the Interface, including those necessary for the use or access to information by any systems with respect to which the Interface sends, receives or exchanges information, and such systems' owners, operators or users. Client will ensure that such systems and their owners, operators and users comply with all applicable laws and any obligations and restrictions placed by third parties on the information provided as a result of the Interface, including but not limited to any privacy and license restrictions. Client represents and warrants to Athena throughout the term of the Agreement that all such licenses and permissions have been obtained, that all necessary steps to ensure such compliance have been taken with respect to the operation of the Interface, and that Athena is duly authorized to use and disclose any data received from any third party as a result of the Interface in the same manner and subject to the same restrictions as data otherwise received by Athena from or on behalf of the Client under the Agreement.

(c) To the extent that any third party that provides services for or on behalf of Client receives data through or as a result of operation of the Interface, Client hereby represents and warrants that it has an . appropriate written agreement with such third party that complies with all applicable requirements of 45 CFR Part 164.

NAME OF INTERFACE:Children's Hospital Central California - Bi-Directional ADT Interface

TYPE OF INTERFACE:I - Bi-Directional ADT

EVENT NUMBER APPLICABLE TO INTERFACE:O-3469100

IN WITNESS WHEREOF, the Parties hereto have executed this Amendment to be effective as of the date first written above.

ATHENAHEALTH, INC.

By: _____

Print Name: Jody Blakeway

Position: SVP Client Services

11/14/12

Client Name: Children's Hospital Central California

By: _____

Print Name: Michele Waldron

Position: CFO

2