## Tolling Agreement between athenahealth, Inc., and Valley Children's Hospital/Valley Children's Medical Group

This Tolling Agreement (this "Agreement") is effective as of the 1st day of June, 2020 (the "Effective Date"), by and between Valley Children's Hospital and Valley Children's Medical Group (together "Valley Children's") and athenahealth, Inc. ("Athena").

Whereas, effective November 14, 2012, Valley Children's Hospital (which was then named "Children's Hospital Central California" and in December 2014 was renamed to "Valley Children's Hospital") and Athena entered into a Master Services Agreement, as amended by that Amendment to Athenahealth Master Services Agreement dated November 14, 2012;

Whereas, Valley Children's believes it may have causes of action against Athena resulting from its performance under the Master Services Agreement, and Athena desires to preserve its rights under any potential counterclaims (the "Claims"), and Valley Children's noticed mediation on May 19, 2020; and

Whereas, Athena on the one hand, and Valley Children's on the other (collectively, the "Parties", and singularly, a "Party") have entered into this Agreement in a good faith attempt to resolve any and all potential disputes without resorting to litigation; and

Whereas the Parties desire to toll any statute of limitations applicable to the Claims that would be timely filed as of the Effective Date until the termination of this Agreement, and toll deadlines applicable to responses to any written demand that are contemplated by the Claims.

As such, for good and valuable consideration, the receipt of which is hereby acknowledged by each Party, it is agreed as follows:

1. To allow for sufficient time for discussions between the Parties regarding a potential resolution of this matter, the Parties agree that any statute of limitations periods applicable to the Claims, as well as any lookback periods of time that limit damages such as in Section 8(f) of the Master Services Agreement as amended, shall be tolled from June 1, 2020 to August 31, 2020 (the "Tolling Period") unless extended in writing by the Parties. The Parties agree that the Tolling Period will not be included in computing the time limited by any statute of limitations or in calculating the cap on damages as limited by Section 8(f) applicable to any Claims referred to above, nor will the Tolling Period be offered or considered in support of a defense of laches or similar claimed defenses based upon delay or lapse of time, or as a factor in mitigation, relating in any way to the timeliness of asserting the Claims or in calculating the cap on damages. The Parties shall not assert, plead or raise against each other in any fashion, whether by answer, motion, or otherwise, any defense, mitigation, or avoidance based on the running of any statute of limitations or passage of time during the Tolling Period. The Parties have not and shall not commence or institute any legal actions, including litigation or any other legal proceedings or enforcement action, in law or equity, during the term of this Agreement.

This Agreement does not revive any claim that was barred by the statute of limitations or by operation of law prior to the Effective Date.

2. The Parties do not waive, and hereby specifically reserve, any and all rights and/or defenses that they have or may have under the law, including their right to assert all defenses, including, without limitation, expiration of any and all statutes of limitations based on the passage of time prior to and/or subsequent to the Tolling Period.

3. This Agreement does not constitute an admission or acknowledgment by any Party as to any applicable statute of limitations or that any statute of limitations applies, or as to the validity of the Claims. This Agreement does not constitute an admission of liability on the part of Athena for any of the Claims described above.

4. Nothing contained in this Agreement shall revive in whole or in part any period of limitation for the commencement of any action regarding any Claim, or any other period of time applicable to any defense based on the passage of time, that has run as of the Effective Date hereof.

5. This Agreement may be terminated by any Party upon 21 calendar days written notice given to the other Party, served upon the persons signing below on behalf of that Party by written notice, sent both by email and United States Mail to the following address(es):

**For Valley Children's Hospital and Valley Children's Medical Group:**

Charles L. Doerksen
DOERKSEN TAYLOR
944 "P" Street, Suite 029
Fresno, California 93721
Email: cld@doerksentaylor.com

**For athenahealth:**

Emily Cochrane
Senior Corporate Counsel
ATHENAHEALTH
311 Arsenal Street
Watertown, Massachusetts 02472
Email: ecochrane@athenahealth.com

6. In the event this Agreement is terminated or expires prior to the filing of a legal action by the Parties, the Tolling Period accrued up to and including the effective date of the termination under the Agreement shall not lapse, but remain in full force and effect, such that by example, if this Agreement is terminated two months after the Effective Date of this Agreement, the Tolling Period would be two months.

7. This instrument contains the entire Agreement between the Parties regard the above subject matter, and no statement, promise, or inducement made by any of the Parties or an agent of any Party not contained in this written Agreement shall be valid or binding. This Agreement may not be enlarged, modified, altered, or extended except in a subsequent writing signed by both Parties.

8. The persons signing this Agreement represent that they have the authority to act on behalf of their respective Party on whose behalf they are executing this Agreement.

9. This Agreement may be executed in any number of counterparts with the same effect as if the signatures on each counterpart were upon a single instrument. All counterparts, taken together, shall constitute the Agreement.

**VALLEY CHILDREN'S HOSPITAL**

Dated: June 11, 2020          VALLEY CHILDREN'S HOSPITAL

*William Chaltraw*

William E. Chaltraw, Jr.,
Senior Vice-President and Chief Legal Officer

**VALLEY CHILDREN'S MEDICAL GROUP**

Dated: June 11, 2020          VALLEY CHILDREN'S MEDICAL GROUP

Michael W. Goldring, President

**athenahealth, Inc.**

Dated: June 12, 2020          athenahealth, Inc.

Jacob Scott, Assistant General Counsel

3